UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRESHNIK HOTI, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>PATSY'S ITALIAN RESTAURANT INC., d/b/a PATSY'S ITALIAN RESTAURANT, et al.,<br><br>                    Defendants. | 24-CV-6991 (JGLC) |
| KRESHNIK HOTI, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>PATSY'S ITALIAN RESTAURANT INC., d/b/a PATSY'S ITALIAN RESTAURANT, et al.,<br><br>                    Defendants. | 24-CV-6999 (JGLC) |

## **ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The above captioned cases are both brought by Plaintiffs Kreshnik Hoti and Desiart Ymergag against Patsy's Italian Restaurant for alleged wage and hour violations and claims of discrimination. Although the wage and hour case (24-CV-6991) includes additional plaintiffs, there appears to be overlap between the two matters. As such, the Court is likely to consolidate these actions for discovery.

In advance of doing so, however, the Court is referring the parties in both matters to a settlement conference before the assigned Magistrate Judge. If settlement is unsuccessful, the parties are directed to file a status report within one week of that settlement conference. At that point, the Court will schedule an initial pretrial conference in both cases.

Dated: October 10, 2024
       New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge