# EXHIBIT C

**NEW YORK STATE OF OPPORTUNITY.**

# Notice and Acknowledgement of Pay Rate and Payday Under Section 195.1 of the New York State Labor Law
## Notice for Hourly Rate Employees

## 1. Employer Information

Name: Patsy's Italian Restaurant, Inc.

Doing Business As (DBA) Name(s):
Patsy's Italian Restaurant

FEIN (optional): 13-2515242

Physical Address:
236 West 56th Street
New York, NY 10019

Mailing Address:
236 West 56th Street
New York, NY 10019

Phone: (212) 247-3491

## 2. Notice given:
☒ At hiring
☐ Before a change in pay rate(s), allowances claimed or payday

## 3. Employee's rate of pay:
$ 8.65 ____ per hour
$13.00 - $4.35 = $8.65

## 4. Allowances taken:
(Food service employees including Waiters, Bartenders, Captains, Bussers, Barbacks, Runners)
☐ None
☒ Tips  $4.35 ____ per hour
☐ Meals ____ per meal
☐ Lodging ____
☐ Other ____

## 5. Regular payday: Friday/Viernes

## 6. Pay is:
☒ Weekly
☐ Bi-weekly
☐ Other

## 7. Overtime Pay Rate:
$ 15.15 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)
($13.00 per hour x 1.5 = $19.50;
$19.50 - $4.35 = $15.15)

## 8. Employee Acknowledgement:
On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

Check one:
☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.
☒ I have been given this pay notice in English because it is my primary language.

_DESIRT YNERACA_
Print Employee Name

_[signature]_
Employee Signature

10/25/18
Date

Lisa Scognamillo
Preparer's Name and Title _Lisa Scognamillo – General Counsel_

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

LS 54 (01/17)

**NEW YORK STATE OF OPPORTUNITY.**

**Notice and Acknowledgement of Pay Rate and Payday Under Section 195.1 of the New York State Labor Law**
Notice for Hourly Rate Employees
(Food service employees including Waiters, Bartenders, Captains, Bussers, Barbacks, Runners)

**1. Employer Information**

Name: Patsy's Italian Restaurant, Inc.

Doing Business As (DBA) Name(s): Patsy's Italian Restaurant

FEIN (optional): 13-2515242

Physical Address:
236 West 56th Street
New York, NY 10019

Mailing Address:
236 West 56th Street
New York, NY 10019

Phone: (212) 247-3491

**2. Notice given:**
☐ At hiring
☑ Before a change in pay rate(s), allowances claimed or payday

[signature] yeany-2023

**3. Employee's rate of pay:**
$ 10.00 per hour $15.00 minimum wage rate
- $5.00 tip credit
= $10.00 cash wage rate

**4. Allowances taken:**
☐ None
☑ Tips $5.00 per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** Friday

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 17.50 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

$15.00 minimum wage rate x 1.5 = $22.50 maximum OT rate;
$22.50 - $5.00 tip credit = $17.50 cash OT wage rate

**8. Employee Acknowledgement:**
On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**
☑ I have been given this pay notice in English because it is my primary language.
☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Print Employee Name: Kreshnik Hoti

Employee Signature: [signature]

Date: 1/20/2022

Preparer's Name and Title: LISA Seognim/lo - General Counsel

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

LS 54 (01/17)

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA

1099
CHECK NO.

DATE: 04/07/2023
AMOUNT: $ 0.00

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

*** VOID ***

PAY TO THE ORDER OF: Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

---

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0030 | Kreshnik Hoti | ***-**-2575 | M | 03/27/2023 | 04/02/2023 | 04/07/2023 | 1099 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Overtime | 0.00 | 0.00 | 77.88 | City of Yonkers W/T | 15.16 | 225.36 |
| Regular | 37.53 | 375.30 | 4,965.70 | Federal W/T | 72.41 | 1,242.03 |
| Spread Of Hours | 3.00 | 45.00 | 510.00 | Fica Medicare | 29.11 | 419.38 |
| Tips(Affects Net) | 0.00 | 1,587.54 | 23,368.71 | Fica Social Security | 124.49 | 1,793.18 |
| | | | | New York Paid Family Leave | 7.68 | 105.20 |
| | | | | New York State DI | 0.60 | 8.40 |
| | | | | New York State W/T | 101.05 | 1,502.51 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.00 | 40.53 | 2,007.84 | 350.50 | 1,657.34 | 28,922.29 | 5,296.06 | 23,626.23 |

Payroll Powered By Primepoint

Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 8 5 9 | 1,657.34 |
| | Totals : | 1,657.34 |

CHECK AMOUNT: 0.00

Mem... $15.00 minimum wage rate - $5.00 tip credit = $10.00 cash wage rate; $15.00 minimum wage rate x 1.5 = $22.50 - $5.00 tip credit = $17.50 cash OT wage rate.

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA

CHECK NO. 1107

DATE: 04/07/2023
AMOUNT: $ 0.00

**\*\*\* VOID \*\*\***

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

PAY TO THE ORDER OF: Desiart Ymeraga
47 Alta Avenue
Yonkers NY 10705

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

---

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0040 | Desiart Ymeraga | \*\*\*-\*\*-5601 | H | 03/27/2023 | 04/02/2023 | 04/07/2023 | 1107 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 20.90 | 209.00 | 2,019.20 | City of Yonkers W/T | 9.05 | 86.20 |
| Tips(Affects Net) | 0.00 | 1,087.63 | 10,379.31 | Federal W/T | 101.56 | 1,054.67 |
| | | | | Fica Medicare | 18.80 | 179.76 |
| | | | | Fica Social Security | 80.39 | 768.70 |
| | | | | New York Paid Family Leave | 5.90 | 54.69 |
| | | | | New York State DI | 0.60 | 6.00 |
| | | | | New York State W/T | 60.31 | 574.65 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.00 | 20.90 | 1,296.63 | 276.61 | 1,020.02 | 12,398.51 | 2,724.67 | 9,673.84 |

Payroll Powered By Primepoint

Desiart Ymeraga
47 Alta Avenue
Yonkers NY 10705

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 2 7 9 0 | 1,020.02 |
| | Totals : | 1,020.02 |

CHECK AMOUNT: 0.00

Mem... $15.00 minimum wage rate - $5.00 tip credit = $10.00 cash wage rate; $15.00 minimum wage rate x 1.5 = $22.50 - $5.00 tip credit = $17.50 cash OT wage rate.

YTD Values Appear On Employee's Last Check       *Includes Non-Taxable Reimbursements       **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA

CHECK NO. 1115

DATE: 04/14/2023
AMOUNT: $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

**NON-NEGOTIABLE**

PAY TO THE ORDER OF: Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

AUTHORIZED SIGNATURE

---

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0030 | Kreshnik Hoti | ***-**-2575 | M | 04/03/2023 | 04/09/2023 | 04/14/2023 | 1115 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Overtime | 0.00 | 0.00 | 77.88 | City of Yonkers W/T | 18.08 | 243.44 |
| Regular | 35.95 | 359.50 | 5,325.20 | Federal W/T | 106.88 | 1,348.91 |
| Spread Of Hours | 2.00 | 30.00 | 540.00 | Fica Medicare | 33.00 | 452.38 |
| Tips(Affects Net) | 0.00 | 1,886.43 | 25,255.14 | Fica Social Security | 141.11 | 1,934.29 |
| | | | | New York Paid Family Leave | 7.68 | 112.88 |
| | | | | New York State DI | 0.60 | 9.00 |
| | | | | New York State W/T | 120.51 | 1,623.02 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.00 | 37.95 | 2,275.93 | 427.86 | 1,848.07 | 31,198.22 | 5,723.92 | 25,474.30 |

Payroll Powered By Primepoint

Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 8 5 9 | 1,848.07 |
| | Totals : | 1,848.07 |

| CHECK AMOUNT |
|---|
| 0.00 |

**Mem...** $15.00 minimum wage rate - $5.00 tip credit = $0.00 cash wage rate; $15.00 minimum wage rate x 1.5 = $22.50 maximum OT rate; $22.50 - $5.00 tip credit = $17.50 cash OT wage rate

YTD Values Appear On Employee's Last Check     *Includes Non-Taxable Reimbursements     **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA

CHECK NO. 1123

DATE: 04/14/2023
AMOUNT: $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

PAY TO THE ORDER OF: Desiart Ymeraga
47 Alta Avenue
Yonkers NY 10705

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0040 | Desiart Ymeraga | ***-**-5601 | H | 04/03/2023 | 04/09/2023 | 04/14/2023 | 1123 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 33.25 | 332.50 | 2,351.70 | City of Yonkers W/T | 15.95 | 102.15 |
| Tips(Affects Net) | 0.00 | 1,749.05 | 12,128.36 | Federal W/T | 248.81 | 1,303.48 |
| | | | | Fica Medicare | 30.18 | 209.94 |
| | | | | Fica Social Security | 129.06 | 897.76 |
| | | | | New York Paid Family Leave | 7.68 | 62.37 |
| | | | | New York State DI | 0.60 | 6.60 |
| | | | | New York State W/T | 106.31 | 680.96 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.00 | 33.25 | 2,081.55 | 538.59 | 1,542.96 | 14,480.06 | 3,263.26 | 11,216.80 |

Payroll Powered By Primepoint

Desiart Ymeraga
47 Alta Avenue
Yonkers NY 10705

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | =====2790 | 1,542.96 |
| | Totals : | 1,542.96 |

CHECK AMOUNT: 0.00

Mem... $15.00 minimum wage rate - $5.00 tip credit = $0.00 cash wage rate; $15.00 minimum wage rate x 1.5 = $22.50 maximum OT rate; $22.50 - $5.00 tip credit = $17.50 cash OT wage rate

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA

1131
CHECK NO.

DATE: 04/21/2023
AMOUNT: $ 0.00

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

*** VOID ***

**PAY TO THE ORDER OF** Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

---

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0030 | Kreshnik Hoti | ***-**-2575 | M | 04/10/2023 | 04/16/2023 | 04/21/2023 | 1131 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Overtime | 5.47 | 95.73 | 173.61 | City of Yonkers W/T | 21.61 | 265.05 |
| Regular | 40.00 | 400.00 | 5,725.20 | Federal W/T | 174.79 | 1,523.70 |
| Spread Of Hours | 2.00 | 30.00 | 570.00 | Fica Medicare | 37.48 | 489.86 |
| Tips(Affects Net) | 0.00 | 2,058.88 | 27,314.02 | Fica Social Security | 160.25 | 2,094.54 |
| | | | | New York Paid Family Leave | 7.68 | 120.56 |
| | | | | New York State DI | 0.60 | 9.60 |
| | | | | New York State W/T | 144.09 | 1,767.11 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.00 | 47.47 | 2,584.61 | 546.50 | 2,038.11 | 33,782.83 | 6,270.42 | 27,512.41 |

Payroll Powered By Primepoint

Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 8 5 9 | 2,038.11 |
| | Totals : | 2,038.11 |

CHECK AMOUNT: 0.00

Mem... $15.00 minimum wage rate - $5.00 tip credit = $10.00 cash wage rate; $15.00 minimum wage rate x 1.5 = $22.50 maximum OT rate; $22.50 - $5.00 tip credit = $17.50 cash OT wage rate

YTD Values Appear On Employee's Last Check      *Includes Non-Taxable Reimbursements      **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA

CHECK NO. 1140

DATE: 04/21/2023
AMOUNT: $ 0.00

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

\*\*\* VOID \*\*\*

PAY TO THE ORDER OF: Desiart Ymeraga
47 Alta Avenue
Yonkers NY 10705

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

---

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0040 | Desiart Ymeraga | \*\*\*-\*\*-5601 | H | 04/10/2023 | 04/16/2023 | 04/21/2023 | 1140 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 14.85 | 148.50 | 2,500.20 | City of Yonkers W/T | 4.64 | 106.79 |
| Tips(Affects Net) | 0.00 | 613.80 | 12,742.16 | Federal W/T | 37.44 | 1,340.92 |
| | | | | Fica Medicare | 11.05 | 220.99 |
| | | | | Fica Social Security | 47.26 | 945.02 |
| | | | | New York Paid Family Leave | 3.47 | 65.84 |
| | | | | New York State DI | 0.60 | 7.20 |
| | | | | New York State W/T | 30.93 | 711.89 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.00 | 14.85 | 762.30 | 135.39 | 626.91 | 15,242.36 | 3,398.65 | 11,843.71 |

Payroll Powered By Primepoint

Desiart Ymeraga
47 Alta Avenue
Yonkers NY 10705

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 2 7 9 0 | 626.91 |
| | Totals : | 626.91 |

| CHECK AMOUNT |
|---|
| 0.00 |

Mem... $15.00 minimum wage rate - $5.00 tip credit = $10.00 cash wage rate; $15.00 minimum wage rate x 1.5 = $22.50 maximum OT rate; $22.50 - $5.00 tip credit = $17.50 cash OT wage rate

YTD Values Appear On Employee's Last Check     *Includes Non-Taxable Reimbursements     **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA    1-1369/260    2179 CHECK NO.

DATE  06/14/2024
AMOUNT  $ 0.00

\*\*\* VOID \*\*\*

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

**NON-NEGOTIABLE**

PAY TO THE ORDER OF  Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

AUTHORIZED SIGNATURE

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| 0030 EMP. NO. | Kreshnik Hoti EMPLOYEE NAME | | ***-**-2575 SOCIAL SECURITY NO. | M STATUS | 06/03/2024 PERIOD BEG. | 06/09/2024 PERIOD END | 06/14/2024 CHECK DATE | 2179 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Overtime | 0.00 | 0.00 | 302.34 | City of Yonkers W/T | | 13.57 | | 373.47 |
| Regular | 35.07 | 373.50 | 9,799.36 | Federal W/T | | 47.38 | | 1,775.58 |
| Spread Of Hours | 1.00 | 16.00 | 829.00 | Fica Medicare | | 26.56 | | 705.34 |
| Tips(Affects Net) | 0.00 | 1,442.51 | 37,712.92 | Fica Social Security | | 113.58 | | 3,015.91 |
| | | | | New York Paid Family Leave | | 6.41 | | 151.70 |
| | | | | New York State DI | | 0.60 | | 14.40 |
| | | | | New York State W/T | | 90.45 | | 2,489.87 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.65 | 36.07 | 1,832.01 | 298.55 | 1,533.46 | 48,643.62 | 8,526.27 | 40,117.35 |

Payroll Powered By Primepoint

Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 8 5 9 | 1,533.46 |
| | Totals : | 1,533.46 |

| CHECK AMOUNT |
|---|
| 0.00 |

Mem... $16.00 minimum wage - $5.35 tip credit = $10.65 cash wage rate; $16.00 minimum wage rate x 1.5 = $24.00; $24.00 maximum OT rate - $5.35 tip credit = $18.65 cash OT wage rate

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA
1-130/260

CHECK NO. 2200

DATE 06/21/2024

AMOUNT $ 0.00

*** VOID ***

**** Zero dollars and 00/100 cents ****

## NON-NEGOTIABLE

PAY TO THE ORDER OF  Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

AUTHORIZED SIGNATURE

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| 0030 | Kreshnik Hoti | | ***-**-2575 | M | 06/10/2024 | 06/16/2024 | 06/21/2024 | 2200 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Overtime | 0.00 | 0.00 | 302.34 | City of Yonkers W/T | 13.06 | 386.53 |
| Regular | 32.00 | 340.80 | 10,140.16 | Federal W/T | 40.59 | 1,816.17 |
| Spread Of Hours | 2.00 | 32.00 | 861.00 | Fica Medicare | 25.74 | 731.08 |
| Tips(Affects Net) | 0.00 | 1,402.60 | 39,115.52 | Fica Social Security | 110.07 | 3,125.98 |
| | | | | New York Paid Family Leave | 6.41 | 158.11 |
| | | | | New York State DI | 0.60 | 15.00 |
| | | | | New York State W/T | 87.06 | 2,576.93 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.65 | 34.00 | 1,775.40 | 283.53 | 1,491.87 | 50,419.02 | 8,809.80 | 41,609.22 |

Payroll Powered By Primepoint

Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 8 5 9 | 1,491.87 |
| | Totals : | 1,491.87 |

CHECK AMOUNT  0.00

Mem...  $16.00 minimum wage rate - $5.35 tip credit = $10.65 cash wage rate; $16.00 minimum wage rate x 1.5 = $24.00 maximum OT rate- $5.35 tip credit = $18.65 cash OT wage rate

YTD Values Appear On Employee's Last Check     *Includes Non-Taxable Reimbursements     **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA      1-1367/260      2220 CHECK NO.

DATE: 06/28/2024      AMOUNT: $ 0.00

\*\*\*\* Zero dollars and 00/100 cents \*\*\*\*

\*\*\* VOID \*\*\*

PAY TO THE ORDER OF: Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

---

PATSYS ITALIAN RESTAURANT INC 212-247-3491

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0030 | Kreshnik Hoti | \*\*\*-\*\*-2575 | M | 06/17/2024 | 06/23/2024 | 06/28/2024 | 2220 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Overtime | 0.00 | 0.00 | 302.34 | City of Yonkers W/T | 16.51 | 403.04 |
| Regular | 39.08 | 416.20 | 10,556.36 | Federal W/T | 83.63 | 1,899.80 |
| Spread Of Hours | 3.00 | 48.00 | 909.00 | Fica Medicare | 30.94 | 762.02 |
| Tips(Affects Net) | 0.00 | 1,669.86 | 40,785.38 | Fica Social Security | 132.31 | 3,258.29 |
| | | | | New York Paid Family Leave | 6.41 | 164.52 |
| | | | | New York State DI | 0.60 | 15.60 |
| | | | | New York State W/T | 110.06 | 2,686.99 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.65 | 42.08 | 2,134.06 | 380.46 | 1,753.60 | 52,553.08 | 9,190.26 | 43,362.82 |

Payroll Powered By Primepoint

Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 8 5 9 | 1,753.60 |
| | Totals : | 1,753.60 |

CHECK AMOUNT: 0.00

Mem... $16.00 minimum wage rate - $5.35 = $10.65 cash wage rate; $16.00 minimum wage rate x 1.5 = $24.00 maximum OT rate - $5.35 = $18.65 cash OT wage rate

YTD Values Appear On Employee's Last Check      *Includes Non-Taxable Reimbursements      **Does Not Contribute To Net

**PATSYS ITALIAN RESTAURANT INC**
236 W 56TH STREET
NEW YORK, NY 10019

TD BANK NA   1-1367/260   2240 CHECK NO.

| DATE | AMOUNT |
|---|---|
| 07/05/2024 | $ 0.00 |

*** VOID ***

**** Zero dollars and 00/100 cents ****

PAY TO THE ORDER OF: Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

PATSYS ITALIAN RESTAURANT INC  212-247-3491

| 0030 EMP. NO. | Kreshnik Hoti EMPLOYEE NAME | ***-**-2575 SOCIAL SECURITY NO. | M STATUS | 06/24/2024 PERIOD BEG. | 06/30/2024 PERIOD END | 07/05/2024 CHECK DATE | 2240 CHECK NUM |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Overtime | 3.65 | 68.07 | 370.41 | City of Yonkers W/T | | 18.15 | 421.19 |
| Regular | 40.00 | 426.00 | 10,982.36 | Federal W/T | | 101.43 | 2,001.23 |
| Spread Of Hours | 0.00 | 0.00 | 909.00 | Fica Medicare | | 33.10 | 795.12 |
| Tips(Affects Net) | 0.00 | 1,788.36 | 42,573.74 | Fica Social Security | | 141.51 | 3,399.80 |
| | | | | New York Paid Family Leave | | 6.41 | 170.93 |
| | | | | New York State DI | | 0.60 | 16.20 |
| | | | | New York State W/T | | 121.01 | 2,808.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 10.65 | 43.65 | 2,282.43 | 422.21 | 1,860.22 | 54,835.51 | 9,612.47 | 45,223.04 |

Payroll Powered By Primepoint

Kreshnik Hoti
76 Halladay Avenue
Main Floor
Yonkers NY 10701

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | =====5859 | 1,860.22 |
| | Totals : | 1,860.22 |
| | CHECK AMOUNT | 0.00 |

Mem... $16.00 minimum wage rate - $5.35 tip credit = $10.65 cash wage rate; $16.00 minimum wage rate x 1.5 = $24.00 maximum OT rate - $5.35 tip credit = $18.65 cash OT wage rate

'TD Values Appear On Employee's Last Check   *Includes Non-Taxable Reimbursements   **Does Not Contribute To Net