# EXHIBIT D

## Card 10

**NAME:** K. HOTI
**PAY PERIOD ENDING:** 03/27/23
**SIGNATURE:** [signed]

**W/E 04/02/23**

| DATE AND TIME | PAYABLE TIME | |
|---|---|---|
| MAR 28 11:05AM | *IN* | TUE |
| MAR 28 3:26PM | 3:28 | 3:28 |
| MAR 28 4:20PM | *IN* | TUE |
| MAR 28 8:09PM | 3:48 | 7:16 |
| MAR 29 5:03PM | *IN* | WED |
| MAR 29 9:29PM | 4:26 | 11:42 |
| MAR 31 10:39AM | *IN* | FRI |
| MAR 31 2:11PM | 3:32 | 15:14 |
| MAR 31 4:08PM | *IN* | FRI |
| MAR 31 9:23PM | 5:15 | 20:29 |
| APR 1 10:35AM | *IN* | SAT |
| APR 1 2:06PM | 3:31 | 24:00 |
| APR 1 4:13PM | *IN* | SAT |
| APR 1 9:00PM | 4:47 | 28:47 |
| APR 2 10:30AM | *IN* | SUN |
| APR 2 2:18PM | 3:48 | 32:35 |
| APR 2 4:09PM | *IN* | SUN |
| APR 2 9:06PM | 4:57 | 37:32 |

Reg 37.53
SO 3.00

225 9 442544

---

## Card 20

**NAME:** DESHARJYTERDISH (?)
**PAY PERIOD ENDING:**
**SIGNATURE:** [signed]

**W/E 04/02/23**

| DATE AND TIME | PAYABLE TIME | |
|---|---|---|
| MAR 28 5:00PM | *IN* | TUE |
| MAR 28 9:36PM | 4:36 | 4:36 |
| MAR 31 4:26PM | *IN* | FRI |
| MAR 31 10:14PM | 5:48 | 10:24 |
| APR 1 4:06PM | *IN* | SAT |
| APR 1 9:43PM | 5:37 | 16:01 |
| APR 2 4:58PM | *IN* | SUN |
| APR 2 9:51PM | 4:53 | 20:54 |

Reg 20.90



225 9 442544

**Card 1:**

NAME: K. MOTI
PAY PERIOD ENDING: 04/03/23
SIGNATURE: [signature]

W/E 4/9/23

| DATE AND TIME | | PAYABLE TIME | |
|---|---|---|---|
| APR 4 | 11:54AM | *IN* | TUE |
| APR 4 | 3:32PM | 3:38 | 3:38 |
| APR 4 | 4:23PM | *IN* | TUE |
| APR 4 | 9:31PM | 5:08 | 8:46 |
| APR 7 | 10:37AM | *IN* | FRI |
| APR 7 | 2:08PM | 3:31 | 12:17 |
| APR 7 | 4:04PM | *IN* | FRI |
| APR 7 | 9:14PM | 5:10 | 17:27 |
| APR 8 | 10:41AM | *IN* | SAT |
| APR 8 | 2:09PM | 3:28 | 20:55 |
| APR 8 | 4:04PM | *IN* | SAT |
| APR 8 | 9:07PM | 5:03 | 25:58 |
| APR 9 | 10:40AM | *IN* | SUN |
| APR 9 | 8:39PM | 9:59 | 35:57 |

Reg 35.95
SO 2.00



225 9 442544
IMPORTANT: Duplicate card numbers must NOT be used within the same pay period
pyramidtimesystems.com
Form 44100-10   Rev. O
© 2001 PYRAMID TIME SYSTEMS, LLC

---

**Card 2:**

NAME: DESIRCI YMER[?]
PAY PERIOD ENDING: [illegible]
SIGNATURE: [signature]

W/E 4/9/23

| DATE AND TIME | | PAYABLE TIME | |
|---|---|---|---|
| APR 4 | 3:27PM | *IN* | TUE |
| APR 4 | 10:02PM | 6:35 | 6:35 |
| APR 6 | 4:00PM | *IN* | THU |
| APR 6 | 10:02PM | 6:02 | 12:37 |
| APR 7 | 4:44PM | *IN* | FRI |
| APR 7 | 10:43PM | 5:59 | 18:36 |
| APR 8 | 4:13PM | *IN* | SAT |
| APR 8 | 9:51PM | 5:38 | 24:14 |
| APR 9 | 11:58AM | *IN* | SUN |
| APR 9 | 8:59PM | 9:01 | 33:15 |

Reg 33.25



225 9
IMPORTANT: Duplicate card numbers mus[t] be used within the same pay
pyramidtimesyste[ms]
Form 44100-10
© 2001 PYRAMID TIME SYSTE[MS]

## Timecard 1 (page 66)

**PYRAMID**

NAME: KRISTI  04/6/23
PAY PERIOD ENDING
SIGNATURE: [signature]

W/E 4/6/23

| DATE AND TIME | PAYABLE TIME |
|---|---|
| APR11  12:14PM  *IN*  TUE | |
| APR11  4:02PM   3:48  3:48 | |
| APR11  4:46PM   *IN*  TUE | |
| APR11  9:12PM   4:26  8:14 | |
| APR12  5:03PM   *IN*  WED | |
| APR12  9:49PM   4:45  12:59 | |
| APR13  11:55AM  *IN*  THU | |
| APR13  3:19PM   3:24  16:23 | |
| APR13  4:18PM   *IN*  THU | |
| APR13  8:52PM   4:34  20:57 | |
| APR14  10:43AM  *IN*  FRI | |
| APR14  1:54PM   3:11  24:08 | |
| APR14  4:05PM   *IN*  FRI | |
| APR14  8:53PM   4:48  28:56 | |
| APR15  10:35AM  *IN*  SAT | |
| APR15  2:30PM   3:55  32:51 | |
| APR15  4:07PM   *IN*  SAT | |
| APR15  8:56PM   4:49  37:40 | |
| APR16  10:29AM  *IN*  SUN | |
| APR16  2:21PM   3:52  41:32 | |
| APR16  4:11PM   *IN*  SUN | |
| APR16  7:59PM   3:48  45:20 | |

Reg 40.00
OT 5.47
SD 2.0



225 9 442544
IMPORTANT: Duplicate card numbers must NOT be used within the same pay period
pyramidtimesystems.com
Form 44100-10 Rev. O
© 2001 PYRAMID TIME SYSTEMS, LLC

---

## Timecard 2 (page 77)

**PYRAMID**

NAME: DESIMCTYMERAGA
PAY PERIOD ENDING
SIGNATURE: [signature]

W/E 4/16/23

| DATE AND TIME | PAYABLE TIME |
|---|---|
| APR11  4:57PM   *IN*  TUE | |
| APR11  9:46PM   4:49  4:49 | |
| APR14  5:01PM   *IN*  FRI | |
| APR14  10:19PM  5:18  10:07 | |
| APR16  5:01PM   *IN*  SUN | |
| APR16  9:45PM   4:44  14:51 | |

Reg 14.85

225 9 442544
IMPORTANT: Duplicate card numbers must NOT be used within the same pay period
pyramidtimesystems.com
Form 44100-10 Rev. O
© 2001 PYRAMID TIME SYSTEMS, LLC

| First name | Last name | Job title | Clockin date | Clockin time | Clockout date | Clockout time | Regular hours | Overtime hours | Regular labor cost |
|---|---|---|---|---|---|---|---|---|---|
| Kreshnik | Ni Hoti | Server | 6/4/2024 | 11:51:33 AM | 6/4/2024 | 3:20:33 PM | 3.48 | 0 | $37.10 |
| Kreshnik | Ni Hoti | Server | 6/4/2024 | 4:12:41 PM | 6/4/2024 | 9:05:46 PM | 4.88 | 0 | $52.01 |
| Kreshnik | Ni Hoti | Server | 6/5/2024 | 4:52:28 PM | 6/5/2024 | 9:25:12 PM | 4.55 | 0 | $48.46 |
| Kreshnik | Ni Hoti | Server | 6/7/2024 | 4:50:34 PM | 6/7/2024 | 9:41:26 PM | 4.85 | 0 | $51.66 |
| Kreshnik | Ni Hoti | Server | 6/8/2024 | 10:55:31 AM | 6/8/2024 | 1:55:06 PM | 3 | 0 | $31.95 |
| Kreshnik | Ni Hoti | Server | 6/8/2024 | 3:13:40 PM | 6/8/2024 | 8:54:21 PM | 5.68 | 0 | $60.53 |
| Kreshnik | Ni Hoti | Server | 6/9/2024 | 10:51:38 AM | 6/9/2024 | 2:00:51 PM | 3.15 | 0 | $33.55 |
| Kreshnik | Ni Hoti | Server | 6/9/2024 | 3:30:40 PM | 6/9/2024 | 8:58:15 PM | 5.47 | 0 | $58.22 |
| | | | | | | | 35.07 | 0 | $373.48 |

| First name | Last name | Job title | Clockin date | Clockin time | Clockout date | Clockout time | Regular hours | Overtime hours | Regular labor cost |
|---|---|---|---|---|---|---|---|---|---|
| Kreshnik | Ni Hoti | Server | 6/11/2024 | 4:43:55 PM | 6/11/2024 | 9:54:56 PM | 5.18 | 0 | $55.21 |
| Kreshnik | Ni Hoti | Server | 6/12/2024 | 4:52:36 PM | 6/12/2024 | 10:15:53 PM | 5.38 | 0 | $57.34 |
| Kreshnik | Ni Hoti | Server | 6/14/2024 | 4:47:44 PM | 6/14/2024 | 9:42:39 PM | 4.92 | 0 | $52.37 |
| Kreshnik | Ni Hoti | Server | 6/15/2024 | 10:46:34 AM | 6/15/2024 | 2:17:23 PM | 3.52 | 0 | $37.46 |
| Kreshnik | Ni Hoti | Server | 6/15/2024 | 4:59:45 PM | 6/15/2024 | 8:58:22 PM | 3.98 | 0 | $42.43 |
| Kreshnik | Ni Hoti | Server | 6/16/2024 | 10:06:39 AM | 6/16/2024 | 2:04:39 PM | 3.97 | 0 | $42.25 |
| Kreshnik | Ni Hoti | Server | 6/16/2024 | 3:50:00 PM | 6/16/2024 | 8:53:21 PM | 5.05 | 0 | $53.79 |
| | | | | | | | 32 | 0 | $340.85 |

| First name | Last name | Job title | Clockin date | Clockin time | Clockout date | Clockout time | Regular hours | Overtime hours | Regular labor cost |
|---|---|---|---|---|---|---|---|---|---|
| Kreshnik | Ni Hoti | Server | 6/18/2024 | 12:21:44 PM | 6/18/2024 | 3:28:43 PM | 3.12 | 0 | $33.20 |
| Kreshnik | Ni Hoti | Server | 6/18/2024 | 4:09:02 PM | 6/18/2024 | 9:26:10 PM | 5.28 | 0 | $56.27 |
| Kreshnik | Ni Hoti | Server | 6/19/2024 | 4:52:22 PM | 6/19/2024 | 9:15:34 PM | 4.38 | 0 | $46.69 |
| Kreshnik | Ni Hoti | Server | 6/21/2024 | 10:51:23 AM | 6/21/2024 | 2:06:17 PM | 3.25 | 0 | $34.62 |
| Kreshnik | Ni Hoti | Server | 6/21/2024 | 3:35:53 PM | 6/21/2024 | 8:55:39 PM | 5.33 | 0 | $56.80 |
| Kreshnik | Ni Hoti | Server | 6/22/2024 | 10:41:54 AM | 6/22/2024 | 1:35:36 PM | 2.9 | 0 | $30.89 |
| Kreshnik | Ni Hoti | Server | 6/22/2024 | 3:21:04 PM | 6/22/2024 | 8:58:27 PM | 5.62 | 0 | $59.82 |
| Kreshnik | Ni Hoti | Server | 6/23/2024 | 10:50:15 AM | 6/23/2024 | 2:46:23 PM | 3.93 | 0 | $41.89 |
| Kreshnik | Ni Hoti | Server | 6/23/2024 | 3:34:15 PM | 6/23/2024 | 8:50:49 PM | 5.27 | 0 | $56.09 |
| | | | | | | | 39.08 | 0 | $416.27 |

| First name | Last name | Job title | Clockin date | Clockin time | Clockout date | Clockout time | Regular hours | Overtime hours | Total paid hours | Regular labor cost |
|---|---|---|---|---|---|---|---|---|---|---|
| Kreshnik | Ni Hoti | Server | 6/25/2024 | 12:07:56 PM | 6/25/2024 | 3:17:44 PM | 3.17 | 0 | 3.17 | $33.73 |
| Kreshnik | Ni Hoti | Server | 6/25/2024 | 4:00:45 PM | 6/25/2024 | 9:03:41 PM | 5.05 | 0 | 5.05 | $53.79 |
| Kreshnik | Ni Hoti | Server | 6/26/2024 | 5:02:06 PM | 6/26/2024 | 9:50:36 PM | 4.8 | 0 | 4.8 | $51.12 |
| Kreshnik | Ni Hoti | Server | 6/27/2024 | 4:57:57 PM | 6/27/2024 | 9:52:08 PM | 4.92 | 0 | 4.92 | $52.37 |
| Kreshnik | Ni Hoti | Server | 6/28/2024 | 11:00:45 AM | 6/28/2024 | 1:45:53 PM | 2.75 | 0 | 2.75 | $29.29 |
| Kreshnik | Ni Hoti | Server | 6/28/2024 | 3:37:02 PM | 6/28/2024 | 9:00:54 PM | 5.38 | 0 | 5.38 | $57.34 |
| Kreshnik | Ni Hoti | Server | 6/29/2024 | 10:53:09 AM | 6/29/2024 | 1:53:32 PM | 3 | 0 | 3 | $31.95 |
| Kreshnik | Ni Hoti | Server | 6/29/2024 | 3:25:52 PM | 6/29/2024 | 8:42:18 PM | 1.73 | 3.55 | 5.28 | $18.46 |
| Kreshnik | Ni Hoti | Server | 6/30/2024 | 10:54:02 AM | 6/30/2024 | 3:29:29 PM | 4.58 | 0 | 4.58 | $48.82 |
| Kreshnik | Ni Hoti | Server | 6/30/2024 | 4:00:28 PM | 6/30/2024 | 8:43:18 PM | 4.72 | 0 | 4.72 | $50.24 |
| | | | | | | | 40.1 | 3.55 | 43.65 | $427.11 |