```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

              Plaintiff(s),

-v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

              Defendant(s).

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated October 11, this case was referred to Magistate Judge Lehrburger for general pretrial and settlement. On October 16, the case was reassigned to me. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: November 12, 2024
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1