USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

        Plaintiffs,

-v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

        Defendants.

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 20, 2025, Plaintiffs filed a premotion letter raising several discovery disputes. Dkt. No. 41. Defendants opposed the motion. Dkt. No. 47. As discussed at today's conference, the Court rules on those disputes as follows:

- In light of the apparent lack of a genuine dispute, Plaintiffs' motion is **DENIED WITHOUT PREJUDICE** as to tip records. The parties are directed to meet and confer further.
- In light of the apparent lack of a genuine dispute, Plaintiffs' motion is **DENIED WITHOUT PREJUDICE** as to work schedules for the named plaintiffs and opt-in plaintiffs.
- Plaintiffs' motion to compel production of clock-in and clock-out records is **GRANTED** as to the named plaintiffs and opt-in plaintiffs, but otherwise **DENIED WITHOUT PREJUDICE**.
- Plaintiffs' motion to compel production of pay stubs and wage statements for the named plaintiffs and opt-in plaintiffs is **GRANTED**.
- In light of the apparent lack of a genuine dispute, Plaintiffs' motion is **DENIED WITHOUT PREJUDICE** as to documents regarding affirmative defenses. The parties are directed to meet and confer further on this issue.

1

**CONCLUSION**

The Clerk of Court is respectfully directed to close the motion at Docket Number 41 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: April 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge