**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
**KRESHNIK HOTI and DESIART**     **CASE NO. 24-CV-6991**
**YMERAGA, on behalf of themselves and**
**others similarly situated,**

            **Plaintiffs,**
    v.

**PATSY'S ITALIAN RESTAURANT**
**INC., d/b/a PATSY'S ITALIAN**
**RESTAURANT, SAL SCOGNAMILLO,**
**JOSEPH SCOGNAMILLO, LISA**
**SCOGNAMILLO;**

            **Defendants.**
-----------------------------------------------------x

## DECLARATION OF KRESHNIK HOTI

I, Kreshnik Hoti, under penalty of perjury, pursuant to 28 U.S.C. § 1746, affirm that the following is true and correct:

1. I was employed by Defendants to work as a server at Patsy's Italian Restaurant. I submit this declaration based on personal knowledge unless indicated otherwise.

2. I worked for Defendants as a server at Patsy's Italian Restaurant ("Patsy's") located at 236 West 56th Street New York, New York 10019. I was employed at Patsy's from 2017 through September 2024.

3. I use the term "servers" to mean all the employees who Defendants paid pursuant to the tip credit, whose job duties included waiting tables, and who participated in the tip pool at Patsy's.

4. During my entire employment, Defendants paid me an hourly wage plus tips.

5. During my employment with Defendants, I often worked more than 40 hours a week. For example, attached as **Exhibit 1** is a redacted copy of my July 26, 2024 paystub, which shows that I was paid for 42.93 hours for the week ending July 21, 2024.

6. Other servers, including Jordan Dunjac, Bardhi Ymeraga, John Hanovic, and Dalibor Zendel, also worked over 40 hours per week. I know that these individuals worked more than 40 hours some weeks because they often worked 6 days a week, including on weeks when they worked some double shifts. A regular shift lasted between 6-8 hours, and a double shift lasted between 10-12 hours. They also told me that they worked overtime.

7. Defendants often required me to work during times when I was not clocked in.

8. For example, in 2024, often when I was scheduled to work the opening shift and was required to begin work at 10:30am, I was unable to clock in at the beginning of my shift because the POS system would not allow me to clock in. On those days, I was not able to clock in until after 12pm, as such I was often unable to clock in for over an hour and a half of work time. This occurred on weeks when I worked over 40 hours in a week, and I was never paid for this off the clock work time.

9. I witnessed other servers, including Desiart Ymeraga, and Jordan Dunjac, who were also prevented from clocking in at the beginning of their shifts.

10. In addition, from 2017-2024, Defendants often required me to work after I had clocked out of my shift. In these instances, I was required to spend between 15 minutes and an hour and a half working after I had already clocked out for the night. I was not paid for this off the clock time.

11. From 2017-2024, I witnessed other servers, including Dalibor Zendel, Jordan Dunjac, Hanor Kusari, John Hanovic, Ilir Marevci, Bardhi Ymeraga, Secunda Pasys, Adriano

Marinescu, Norlet Osmani, and Bozo Bosco, who were required to work after they had clocked out.

12. At other times, Defendants told me to clock out in the middle of my shift, continue working, and then clock back in at a later point.

13. In addition to me, Defendants told other servers, including Dalibor Zendel and Jordan Dunjac, to keep their clocked-in hours to a minimum and to work off the clock during their shifts. I witnessed servers, including Dalibor Zendel and Jordan Dunjac, clocking out in the middle of their shift and continuing to work and working off the clock for most of their shift and clocking only near the end of their shift.

14. Defendants maintained a tip pool that all servers were required to participate in. All tips generated on a shift were supposed to be combined and then distributed among all of the servers who worked that shift.

15. However, Defendants routinely stole tips from the tip pool. Defendants stole tips in multiple ways.

16. For example, Defendants often ran the daily tip report early, before all of the tables at the restaurant had settled up. As a result, the tip report that was given to me and the other servers did not include all of the tips that customers paid that night. Defendants would run another tip report later, after all of the checks had closed, which they did not share with me or the other servers, and the Defendants would retain the difference between the two tip reports.

17. On other occasions, Defendants would withhold all of the tips generated by the server Jordan from the tip pool and only distribute to employees the tips generated by the other servers.

18.     Attached as **Exhibit 2** is a screenshot that I took of the POS system at Patsy's on or around August 4, 2024. This screenshot shows that the tips Jordan's tables paid were not included in the tip pool. The tips collected section of this screen of the POS system is supposed to show the tips generated by a server's tables and contributed to the tip pool. However, the tips collected amount for Jordan in this screenshot is $0. This is impossible. No server at Patsy's works a shift where his customers all pay $0 in tips. The reason this screenshot lists $0 in tips collected by Jordan is that Defendants kept the actual tips paid by Jordan's customers and did not include them in the tip pool.

19.     Exhibit 2 also shows that Jordan received $244.18 from the tip pool on August 4, 2024. This means that he in fact worked that shift, as servers do not receive tips from the tip pool on nights when they don't work.

20.     I know that Defendants stole tips on these occasions because the tips never added up. The only employees in the tip pool were servers, and the servers were each assigned approximately the same number of tables. I often spoke with other serves about the amount of tips they contributed to the tip pool, and there wasn't normally a big difference between the total nightly tips generated by each server. Routinely, other servers in the tip pool and I would receive $200-$300 less than what we contributed to the tip pool even though there were no other tipped employees in the pool besides the servers.

21.     Defendants also stole tips by diverting tips from large tables out of the tip pool. Whenever a table wanted to use multiple credit cards to pay a bill, Defendants required me and other servers to bring a manager, which was always one of the Individual Defendants, to the table to process the bill split. When this occurred, Defendants would not include the tips from the bill split in the tip pool and would retain the tips for themselves.

4

22. I often complained Defendants Sal Scognamillo, Joseph Scognamillo, and Lisa Scognamillo about tips that were missing, but the Defendants did not do anything to rectify the stolen tips.

Dated: 3/25/2025
_____

New York, New York

Kreshnik Hoti