**All Sales on Credit Card, No Tip on Credit Card**

| Date | Time | Time Zone | Gross Sales | Discounts | Service Ch | Net Sales | Gift Card Sales | Tax | Tip | Partial Refu | Total Collected | Source | Card | Card Entry | Cash | Square Gift | Other Tend | Other Tend | Tender Not | Fees | Net Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/2024 | 18:32:11 | Eastern Tim | $290.00 | $0.00 | $0.00 | $290.00 | $0.00 | $25.74 | $0.00 | $0.00 | $315.74 | Point of Sale | $315.74 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.86) | $307.88 |
| 8/11/2024 | 18:50:58 | Eastern Tim | $287.00 | $0.00 | $0.00 | $287.00 | $0.00 | $25.47 | $0.00 | $0.00 | $312.47 | Point of Sale | $312.47 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.78) | $304.69 |
| 6/15/2024 | 18:51:47 | Eastern Tim | $286.00 | $0.00 | $0.00 | $286.00 | $0.00 | $25.38 | $0.00 | $0.00 | $311.38 | Point of Sale | $311.38 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.75) | $303.63 |
| 8/18/2024 | 19:37:09 | Eastern Tim | $285.00 | $0.00 | $0.00 | $285.00 | $0.00 | $25.29 | $0.00 | $0.00 | $310.29 | Point of Sale | $310.29 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.72) | $302.57 |
| 9/6/2024 | 18:40:52 | Eastern Tim | $283.96 | $0.00 | $0.00 | $283.96 | $0.00 | $25.20 | $0.00 | $0.00 | $309.16 | Point of Sale | $309.16 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.70) | $301.46 |
| 4/23/2024 | 14:09:44 | Eastern Tim | $283.00 | $0.00 | $0.00 | $283.00 | $0.00 | $25.12 | $0.00 | $0.00 | $308.12 | Point of Sale | $308.12 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.67) | $300.45 |
| 9/3/2024 | 20:19:23 | Eastern Tim | $278.91 | $0.00 | $0.00 | $278.91 | $0.00 | $24.75 | $0.00 | $0.00 | $303.66 | Point of Sale | $303.66 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.56) | $296.10 |
| 8/11/2024 | 14:05:34 | Eastern Tim | $278.00 | $0.00 | $0.00 | $278.00 | $0.00 | $24.67 | $0.00 | $0.00 | $302.67 | Point of Sale | $302.67 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.54) | $295.13 |
| 7/5/2024 | 20:28:30 | Eastern Tim | $276.00 | $0.00 | $0.00 | $276.00 | $0.00 | $24.50 | $0.00 | $0.00 | $300.50 | Point of Sale | $300.50 | Dipped | $0.00 | $0.00 | $0.00 | | | ($7.48) | $293.02 |

**Zero Sales (Voids, Refunds, etc)**

| Date | Time | Time Zone | Gross Sales | Discounts | Service Ch | Net Sales | Gift Card Sales | Tax | Tip | Partial Refu | Total Collected | Source | Card | Card Entry | Cash | Square Gift | Other Tend | Other Tend | Tender Not | Fees | Net Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/27/2024 | 20:59:02 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/27/2024 | 19:55:35 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/26/2024 | 16:43:39 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/26/2024 | 14:19:26 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/25/2024 | 21:08:31 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/25/2024 | 21:05:21 | Eastern Tim | ($225.00) | $225.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/25/2024 | 21:02:41 | Eastern Tim | $225.00 | ($225.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/25/2024 | 19:58:09 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/25/2024 | 19:14:22 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/25/2024 | 18:03:57 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |
| 6/22/2024 | 22:33:07 | Eastern Tim | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $0.00 | | | $0.00 | $0.00 |

**Service Charge**

| Date | Time | Time Zone | Gross Sales | Discounts | Service Ch | Net Sales | Gift Card Sales | Tax | Tip | Partial Refu | Total Collected | Source | Card | Card Entry | Cash | Square Gift | Other Tend | Other Tend | Tender Not | Fees | Net Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/20/2024 | 15:54:23 | Eastern Tim | $403.20 | $0.00 | $67.20 | $403.20 | $0.00 | $29.82 | $0.00 | $0.00 | $433.02 | Point of Sale | $433.02 | Dipped | $0.00 | $0.00 | $0.00 | | | ($10.78) | $422.24 |
| 5/10/2024 | 21:34:06 | Eastern Tim | $411.60 | $0.00 | $68.60 | $411.60 | $0.00 | $30.44 | $0.00 | $0.00 | $442.04 | Point of Sale | $442.04 | Dipped | $0.00 | $0.00 | $0.00 | | | ($11.01) | $431.03 |
| 6/9/2024 | 21:18:26 | Eastern Tim | $427.20 | $0.00 | $71.20 | $427.20 | $0.00 | $31.60 | $0.00 | $0.00 | $458.80 | Point of Sale | $458.80 | Tapped, Dip | $0.00 | $0.00 | $0.00 | | | ($11.43) | $447.37 |
| 5/15/2024 | 21:30:36 | Eastern Tim | $435.60 | $0.00 | $72.60 | $435.60 | $0.00 | $32.22 | $0.00 | $0.00 | $467.82 | Point of Sale | $467.82 | Dipped | $0.00 | $0.00 | $0.00 | | | ($11.64) | $456.18 |
| 6/15/2024 | 21:32:30 | Eastern Tim | $435.60 | $0.00 | $72.60 | $435.60 | $0.00 | $32.22 | $0.00 | $0.00 | $467.82 | Point of Sale | $467.82 | Dipped | $0.00 | $0.00 | $0.00 | | | ($11.65) | $456.17 |
| 5/22/2024 | 14:26:32 | Eastern Tim | $459.60 | $0.00 | $76.60 | $459.60 | $0.00 | $33.99 | $0.00 | $0.00 | $493.59 | Point of Sale | $493.59 | Dipped | $0.00 | $0.00 | $0.00 | | | ($12.29) | $481.30 |
| 4/20/2024 | 21:34:52 | Eastern Tim | $471.60 | $0.00 | $78.60 | $471.60 | $0.00 | $34.88 | $0.00 | $0.00 | $506.48 | Point of Sale | $506.48 | Dipped | $0.00 | $0.00 | $0.00 | | | ($12.61) | $493.87 |
| 5/18/2024 | 21:29:39 | Eastern Tim | $494.40 | $0.00 | $82.40 | $494.40 | $0.00 | $36.56 | $0.00 | $0.00 | $530.96 | Point of Sale | $530.96 | Dipped | $0.00 | $0.00 | $0.00 | | | ($13.22) | $517.74 |
| 5/11/2024 | 18:31:49 | Eastern Tim | $496.80 | $0.00 | $82.80 | $496.80 | $0.00 | $36.74 | $0.00 | $0.00 | $533.54 | Point of Sale | $533.54 | Dipped | $0.00 | $0.00 | $0.00 | | | ($13.29) | $520.25 |
| 5/5/2024 | 20:02:42 | Eastern Tim | $523.20 | $0.00 | $87.20 | $523.20 | $0.00 | $38.70 | $0.00 | $0.00 | $561.90 | Point of Sale | $561.90 | Dipped | $0.00 | $0.00 | $0.00 | | | ($14.00) | $547.90 |
| 4/27/2024 | 19:26:04 | Eastern Tim | $535.20 | $0.00 | $89.20 | $535.20 | $0.00 | $39.58 | $0.00 | $0.00 | $574.78 | Point of Sale | $574.78 | Dipped | $0.00 | $0.00 | $0.00 | | | ($14.31) | $560.47 |
| 5/19/2024 | 16:34:10 | Eastern Tim | $553.20 | $0.00 | $92.20 | $553.20 | $0.00 | $40.91 | $0.00 | $0.00 | $594.11 | Point of Sale | $594.11 | Dipped | $0.00 | $0.00 | $0.00 | | | ($14.79) | $579.32 |
| 4/27/2024 | 17:50:26 | Eastern Tim | $561.60 | $0.00 | $93.60 | $561.60 | $0.00 | $41.54 | $0.00 | $0.00 | $603.14 | Point of Sale | $603.14 | Dipped | $0.00 | $0.00 | $0.00 | | | ($15.02) | $588.12 |
| 6/15/2024 | 21:29:15 | Eastern Tim | $565.20 | $0.00 | $94.20 | $565.20 | $0.00 | $41.80 | $0.00 | $0.00 | $607.00 | Point of Sale | $607.00 | Dipped | $0.00 | $0.00 | $0.00 | | | ($15.12) | $591.88 |
| 5/12/2024 | 21:50:49 | Eastern Tim | $594.00 | $0.00 | $99.00 | $594.00 | $0.00 | $43.93 | $0.00 | $0.00 | $637.93 | Point of Sale | $637.93 | Dipped | $0.00 | $0.00 | $0.00 | | | ($15.88) | $622.05 |
| 7/14/2024 | 19:45:52 | Eastern Tim | $642.00 | $0.00 | $107.00 | $642.00 | $0.00 | $47.48 | $0.00 | $0.00 | $689.48 | Point of Sale | $689.48 | Dipped | $0.00 | $0.00 | $0.00 | | | ($17.16) | $672.32 |
| 5/18/2024 | 16:46:46 | Eastern Tim | $646.80 | $0.00 | $107.80 | $646.80 | $0.00 | $47.84 | $0.00 | $0.00 | $694.64 | Point of Sale | $694.64 | Dipped | $0.00 | $0.00 | $0.00 | | | ($17.30) | $677.34 |
| 5/24/2024 | 20:50:47 | Eastern Tim | $649.20 | $0.00 | $108.20 | $649.20 | $0.00 | $48.01 | $0.00 | $0.00 | $697.21 | Point of Sale | $697.21 | Dipped | $0.00 | $0.00 | $0.00 | | | ($17.36) | $679.85 |
| 5/4/2024 | 20:29:16 | Eastern Tim | $651.60 | $0.00 | $108.60 | $651.60 | $0.00 | $48.19 | $0.00 | $0.00 | $699.79 | Point of Sale | $699.79 | Dipped | $0.00 | $0.00 | $0.00 | | | ($17.43) | $682.36 |
| 4/26/2024 | 21:32:10 | Eastern Tim | $668.40 | $0.00 | $111.40 | $668.40 | $0.00 | $49.43 | $0.00 | $0.00 | $717.83 | Point of Sale | $717.83 | Dipped | $0.00 | $0.00 | $0.00 | | | ($17.87) | $699.96 |
| 5/3/2024 | 21:28:41 | Eastern Tim | $684.00 | $0.00 | $114.00 | $684.00 | $0.00 | $50.59 | $0.00 | $0.00 | $734.59 | Point of Sale | $734.59 | Dipped | $0.00 | $0.00 | $0.00 | | | ($18.30) | $716.29 |
| 5/25/2024 | 21:34:59 | Eastern Tim | $712.80 | $0.00 | $118.80 | $712.80 | $0.00 | $52.72 | $0.00 | $0.00 | $765.52 | Point of Sale | $765.52 | Dipped | $0.00 | $0.00 | $0.00 | | | ($19.06) | $746.46 |
| 5/17/2024 | 15:52:32 | Eastern Tim | $747.60 | $0.00 | $124.60 | $747.60 | $0.00 | $55.29 | $0.00 | $0.00 | $802.89 | Point of Sale | $802.89 | Dipped | $0.00 | $0.00 | $0.00 | | | ($19.99) | $782.90 |
| 4/20/2024 | 15:53:26 | Eastern Tim | $787.80 | ($9.00) | $129.80 | $778.80 | $0.00 | $57.60 | $0.00 | $0.00 | $836.40 | Point of Sale | $836.40 | Dipped | $0.00 | $0.00 | $0.00 | | | ($20.83) | $815.57 |

**Paid in part or all in Cash**

| Date | Time | Time Zone | Gross Sales | Discounts | Service Ch | Net Sales | Gift Card Sales | Tax | Tip | Partial Refu | Total Collected | Source | Card | Card Entry | Cash | Square Gift | Other Tend | Other Tend | Tender Not | Fees | Net Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/20/2024 | 18:46:12 | Eastern Tim | $94.00 | $0.00 | $0.00 | $94.00 | $0.00 | $8.34 | $0.00 | $0.00 | $102.34 | Point of Sale | $82.34 | Tapped | $20.00 | $0.00 | $0.00 | | | ($2.05) | $100.29 |
| 6/6/2024 | 18:46:48 | Eastern Tim | $120.00 | $0.00 | $0.00 | $120.00 | $0.00 | $10.65 | $0.00 | $0.00 | $130.65 | Point of Sale | $0.00 | N/A | $130.65 | $0.00 | $0.00 | | | $0.00 | $130.65 |
| 6/18/2024 | 18:48:11 | Eastern Tim | $231.00 | $0.00 | $0.00 | $231.00 | $0.00 | $20.50 | $0.00 | $0.00 | $251.50 | Point of Sale | $0.00 | N/A | $251.50 | $0.00 | $0.00 | | | $0.00 | $251.50 |
| 5/11/2024 | 18:53:41 | Eastern Tim | $128.00 | $0.00 | $0.00 | $128.00 | $0.00 | $11.36 | $0.00 | $0.00 | $139.36 | Point of Sale | $0.00 | N/A | $64.36 | $0.00 | $75.00 | Custom | Marriot | $0.00 | $139.36 |
| 4/18/2024 | 18:56:36 | Eastern Tim | $121.00 | $0.00 | $0.00 | $121.00 | $0.00 | $10.74 | $0.00 | $0.00 | $131.74 | Point of Sale | $0.00 | N/A | $131.74 | $0.00 | $0.00 | | | $0.00 | $131.74 |
| 4/18/2024 | 18:59:47 | Eastern Tim | $231.00 | $0.00 | $0.00 | $231.00 | $0.00 | $20.50 | $0.00 | $0.00 | $251.50 | Point of Sale | $0.00 | N/A | $251.50 | $0.00 | $0.00 | | | $0.00 | $251.50 |
| 4/30/2024 | 19:02:01 | Eastern Tim | $89.00 | $0.00 | $0.00 | $89.00 | $0.00 | $7.90 | $0.00 | $0.00 | $96.90 | Point of Sale | $0.00 | N/A | $96.90 | $0.00 | $0.00 | | | $0.00 | $96.90 |
| 6/21/2024 | 19:03:37 | Eastern Tim | $223.00 | $0.00 | $0.00 | $223.00 | $0.00 | $19.79 | $0.00 | $0.00 | $242.79 | Point of Sale | $0.00 | N/A | $242.79 | $0.00 | $0.00 | | | $0.00 | $242.79 |
| 4/21/2024 | 19:04:03 | Eastern Tim | $118.00 | $0.00 | $0.00 | $118.00 | $0.00 | $10.47 | $0.00 | $0.00 | $128.47 | Point of Sale | $0.00 | N/A | $128.47 | $0.00 | $0.00 | | | $0.00 | $128.47 |
| 4/18/2024 | 19:04:37 | Eastern Tim | $117.00 | $0.00 | $0.00 | $117.00 | $0.00 | $10.38 | $0.00 | $0.00 | $127.38 | Point of Sale | $0.00 | N/A | $127.38 | $0.00 | $0.00 | | | $0.00 | $127.38 |
| 6/22/2024 | 19:06:45 | Eastern Tim | $58.00 | $0.00 | $0.00 | $58.00 | $0.00 | $5.15 | $0.00 | $0.00 | $63.15 | Point of Sale | $23.00 | Dipped | $40.15 | $0.00 | $0.00 | | | ($0.57) | $62.58 |
| 7/14/2024 | 19:10:23 | Eastern Tim | $95.00 | $0.00 | $0.00 | $95.00 | $0.00 | $8.43 | $0.00 | $0.00 | $103.43 | Point of Sale | $0.00 | N/A | $3.43 | $0.00 | $100.00 | Custom | Mariotte 10 | $0.00 | $103.43 |
| 8/10/2024 | 19:10:27 | Eastern Tim | $197.00 | $0.00 | $0.00 | $197.00 | $0.00 | $17.48 | $0.00 | $0.00 | $214.48 | Point of Sale | $0.00 | N/A | $214.48 | $0.00 | $0.00 | | | $0.00 | $214.48 |
| 6/26/2024 | 19:10:51 | Eastern Tim | $125.00 | $0.00 | $0.00 | $125.00 | $0.00 | $11.09 | $0.00 | $0.00 | $136.09 | Point of Sale | $0.00 | N/A | $136.09 | $0.00 | $0.00 | | | $0.00 | $136.09 |

**Gift Card**

| Date | Time | Time Zone | Gross Sales | Discounts | Service Ch | Net Sales | Gift Card Sales | Tax | Tip | Partial Refu | Total Collected | Source | Card | Card Entry | Cash | Square Gift | Other Tend | Other Tend | Tender Not | Fees | Net Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/2024 | 20:47:07 | Eastern Tim | $91.00 | $0.00 | $0.00 | $91.00 | $0.00 | $8.08 | $0.00 | $0.00 | $99.08 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $99.08 | Gift Card | old gift card | $0.00 | $99.08 |
| 5/9/2024 | 15:15:59 | Eastern Tim | $126.00 | $0.00 | $0.00 | $126.00 | $0.00 | $11.18 | $0.00 | $0.00 | $137.18 | Point of Sale | $37.18 | Dipped | $0.00 | $0.00 | $100.00 | Gift Card | old gift | ($0.93) | $136.25 |
| 6/30/2024 | 13:05:41 | Eastern Tim | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $8.88 | $0.00 | $0.00 | $108.88 | Point of Sale | $8.88 | Tapped | $0.00 | $0.00 | $100.00 | Custom | $100 marro | ($0.22) | $108.66 |
| 7/27/2024 | 19:39:11 | Eastern Tim | $92.00 | $0.00 | $0.00 | $92.00 | $0.00 | $8.16 | $0.00 | $0.00 | $100.16 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $100.16 | Gift Card | old gift card | $0.00 | $100.16 |
| 6/23/2024 | 19:35:37 | Eastern Tim | $107.00 | $0.00 | $0.00 | $107.00 | $0.00 | $9.50 | $0.00 | $0.00 | $116.50 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $116.50 | Custom | marriot 125 | $0.00 | $116.50 |
| 4/20/2024 | 21:11:12 | Eastern Tim | $125.00 | $0.00 | $0.00 | $125.00 | $0.00 | $11.09 | $0.00 | $0.00 | $136.09 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $136.09 | Custom | marriott | $0.00 | $136.09 |
| 9/7/2024 | 20:19:17 | Eastern Tim | $126.96 | $0.00 | $0.00 | $126.96 | $0.00 | $11.27 | $0.00 | $0.00 | $138.23 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $138.23 | Custom | marriott 15 | $0.00 | $138.23 |
| 6/16/2024 | 20:32:18 | Eastern Tim | $148.00 | $0.00 | $0.00 | $148.00 | $0.00 | $13.14 | $0.00 | $0.00 | $161.14 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $161.14 | Custom | marriott | $0.00 | $161.14 |
| 8/1/2024 | 19:06:28 | Eastern Tim | $151.00 | $0.00 | $0.00 | $151.00 | $0.00 | $13.40 | $0.00 | $0.00 | $164.40 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $164.40 | Custom | Marriott $1 | $0.00 | $164.40 |
| 7/20/2024 | 19:40:56 | Eastern Tim | $161.00 | $0.00 | $0.00 | $161.00 | $0.00 | $14.29 | $0.00 | $0.00 | $175.29 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $175.29 | Custom | Marriott 17 | $0.00 | $175.29 |
| 5/4/2024 | 19:06:31 | Eastern Tim | $167.00 | $0.00 | $0.00 | $167.00 | $0.00 | $14.82 | $0.00 | $0.00 | $181.82 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $181.82 | Custom | marriott | $0.00 | $181.82 |
| 6/25/2024 | 20:36:22 | Eastern Tim | $169.00 | $0.00 | $0.00 | $169.00 | $0.00 | $15.00 | $0.00 | $0.00 | $184.00 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $184.00 | Custom | Marriott $1 | $0.00 | $184.00 |
| 6/22/2024 | 18:39:44 | Eastern Tim | $182.00 | $0.00 | $0.00 | $182.00 | $0.00 | $16.15 | $0.00 | $0.00 | $198.15 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $198.15 | Gift Card | amex | $0.00 | $198.15 |
| 6/14/2024 | 20:27:13 | Eastern Tim | $191.00 | $0.00 | $0.00 | $191.00 | $0.00 | $16.95 | $0.00 | $0.00 | $207.95 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $207.95 | Custom | Marriott $2 | $0.00 | $207.95 |
| 5/2/2024 | 18:34:16 | Eastern Tim | $200.00 | $0.00 | $0.00 | $200.00 | $0.00 | $17.75 | $0.00 | $0.00 | $217.75 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $217.75 | Gift Card | visa gc | $0.00 | $217.75 |
| 7/24/2024 | 19:53:35 | Eastern Tim | $224.00 | $0.00 | $0.00 | $224.00 | $0.00 | $19.88 | $0.00 | $0.00 | $243.88 | Point of Sale | $0.00 | N/A | $0.00 | $0.00 | $243.88 | Custom | Marriott $2 | $0.00 | $243.88 |