## Receipt 1 (4/1/22)

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/1/22  10:27 PM
BATCH #: 242   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS  *Sur-90* (handwritten)

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 29 | $5890.96 |
| MASTERCARD | 9 | $2050.94 |
| VI/MC TOTAL | 38 | $7941.90 |
| AMERICAN EXPRES | 23 | $5382.35 |
| DISCOVER | 1 | $176.00 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| SALES | 62 | $11335.90 |
| TIPS | 58 | $2164.35 |
| TOTAL SALES | 62 | $13500.25 |

TOTAL TRANSACTIONS  62
TOTAL AMOUNT  $13500.25

SETTLED BATCH

## Receipt 2 (4/2/22)

NEW YORK NY 10019
212-247-3491

4/2/22  11:08 PM
BATCH #: 243   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 47 | $11659.72 |
| MASTERCARD | 21 | $4734.75 |
| VI/MC TOTAL | 68 | $16394.47 |
| AMERICAN EXPRES | 20 | $6163.50 |
| DISCOVER | 2 | $327.90 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| SALES | 90 | $19349.37 |
| TIPS | 81 | $3536.50 |
| TOTAL SALES | 90 | $22885.87 |

TOTAL TRANSACTIONS  90
TOTAL AMOUNT  $22885.87

SETTLED BATCH

## Receipt 3 (4/3/22)

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/3/22  9:40 PM
BATCH #: 244   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 44 | $8059.03 |
| MASTERCARD | 11 | $1858.80 |
| VI/MC TOTAL | 55 | $9917.83 |
| AMERICAN EXPRES | 15 | $3329.85 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| VOIDED TRANS | 2 | |
| SALES | 70 | $11271.00 |
| TIPS | 62 | $1976.68 |
| TOTAL SALES | 70 | $13247.68 |

TOTAL TRANSACTIONS  70
TOTAL AMOUNT  $13247.68

SETTLED BATCH

## Receipt 4 (3/29/22)

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

3/29/22  10:37 PM
BATCH #: 239   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS  *7/31/37* (handwritten)

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 25 | $491.00 |
| MASTERCARD | 11 | $2164.37 |
| VI/MC TOTAL | 36 | $6855.37 |
| AMERICAN EXPRES | 22 | $5421.75 |
| DISCOVER | 1 | $282.00 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| VOIDED TRANS | 1 | |
| SALES | 59 | $10459.80 |
| TIPS | 57 | $2099.32 |
| TOTAL SALES | 59 | $12559.12 |

TOTAL TRANSACTIONS  59
TOTAL AMOUNT  $12559.12

SETTLED BATCH

## Receipt 5 (3/30/22)

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

3/30/22  10:20 PM
BATCH #: 240   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 25 | $4070.06 |
| MASTERCARD | 10 | $5649.06 |
| VI/MC TOTAL | 35 | $9719.12 |
| AMERICAN EXPRES | 11 | $1700.05 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| VOIDED TRANS | 1 | |
| SALES | 45 | $9697.32 |
| TIPS | 40 | $1785.85 |
| TOTAL SALES | 45 | $11483.17 |

TOTAL TRANSACTIONS  46
TOTAL AMOUNT  $11419.17

SETTLED BATCH

## Receipt 6 (3/31/22)

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

3/31/22  9:59 PM
BATCH #: 241   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 15 | $2732.60 |
| MASTERCARD | 12 | $1886.55 |
| VI/MC TOTAL | 27 | $4619.15 |
| AMERICAN EXPRES | 18 | $4029.65 |
| DISCOVER | 2 | $344.00 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| SALES | 47 | $7483.70 |
| TIPS | 42 | $1509.10 |
| TOTAL SALES | 47 | $8992.80 |

TOTAL TRANSACTIONS  47
TOTAL AMOUNT  $8992.80

SETTLED BATCH

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/10/22   9:49 PM
BATCH #: 250   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS    6799.90

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 32 | $5981.90 |
| MASTERCARD | 13 | $2532.20 |
| VI/MC TOTAL | 45 | $8514.10 |
| AMERICAN EXPRES | 16 | $4070.00 |
| DISCOVER | 2 | $285.80 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| VOIDED TRANS | 4 | |
| SALES | 63 | $10680.55 |
| TIPS | 58 | $2189.35 |
| TOTAL SALES | 63 | $12869.90 |

TOTAL TRANSACTIONS        63
TOTAL AMOUNT        $12869.90

SETTLED BATCH

---

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/9/22   10:37 PM
BATCH #: 249   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS   16107.20

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 54 | $11193.05 |
| MASTERCARD | 24 | $3897.15 |
| VI/MC TOTAL | 78 | $15090.20 |
| AMERICAN EXPRES | 24 | $4450.90 |
| DISCOVER | 5 | $1017.00 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| VOIDED TRANS | 2 | |
| SALES | 107 | $17484.72 |
| TIPS | 95 | $3073.38 |
| TOTAL SALES | 107 | $20558.10 |

TOTAL TRANSACTIONS        107
TOTAL AMOUNT        $20558.10

SETTLED BATCH

---

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/8/22   10:35 PM
BATCH #: 248   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS   11429.79

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 42 | $8419.47 |
| MASTERCARD | 16 | $2854.30 |
| VI/MC TOTAL | 58 | $11273.77 |
| AMERICAN EXPRES | 11 | $2123.00 |
| DISCOVER | 1 | $156.00 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| SALES | 70 | $11292.27 |
| TIPS | 63 | $2260.50 |
| TOTAL SALES | 70 | $13552.77 |

TOTAL TRANSACTIONS        70
TOTAL AMOUNT        $13552.77

SETTLED BATCH

BATCH #247 ACCEPTED

---

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/7/22   10:41 PM
BATCH #: 247   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS   11622.34

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 28 | $4522.39 |
| MASTERCARD | 14 | $2864.45 |
| VI/MC TOTAL | 42 | $7386.84 |
| AMERICAN EXPRES | 18 | $4114.78 |
| DISCOVER | 3 | $358.55 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| VOIDED TRANS | 1 | |
| SALES | 63 | $10012.64 |
| TIPS | 56 | $1847.53 |
| TOTAL SALES | 63 | $11860.17 |

TOTAL TRANSACTIONS        63
TOTAL AMOUNT        $11860.17

SETTLED BATCH

---

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/6/22   9:48 PM
BATCH #: 246   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS   9046.94

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 18 | $3509.60 |
| MASTERCARD | 14 | $2466.78 |
| VI/MC TOTAL | 32 | $5976.38 |
| AMERICAN EXPRES | 12 | $2778.23 |
| DISCOVER | 1 | $90.00 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| SALES | 45 | $8741.61 |
| TIPS | 40 | $1365.00 |
| TOTAL SALES | 45 | $8844.61 |

TOTAL TRANSACTIONS        45
TOTAL AMOUNT        $8844.61

SETTLED BATCH

---

PATSYS ITALIAN RESTAURANT
236 W 56TH ST
NEW YORK NY 10019
212-247-3491

4/5/22   9:39 PM
BATCH #: 245   TERM #: 2790
Terminal ID:   02603557

SUMMARY REPORT

CARD TOTALS

| CARD TYPE | COUNT | AMOUNT |
|---|---|---|
| VISA | 25 | $3562.23 |
| MASTERCARD | 7 | $1298.84 |
| VI/MC TOTAL | 32 | $4861.07 |
| AMERICAN EXPRES | 21 | $3818.61 |

TRANSACTION TOTALS

| TRAN TYPE | COUNT | AMOUNT |
|---|---|---|
| SALES | 53 | $7285.29 |
| TIPS | 46 | $1394.39 |
| TOTAL SALES | 53 | $8679.68 |

TOTAL TRANSACTIONS        53
TOTAL AMOUNT        $8679.68

SETTLED BATCH

### Receipt 1 (4/14/22)

```
PATSYS ITALIAN RESTAURANT
      236 W 56TH ST
    NEW YORK NY 10019
       212-247-3491

  4/14/22      10:00 PM
BATCH #: 253  TERM #: 2790
Terminal ID:   02603557

       SUMMARY REPORT

       CARD TOTALS   $8649.30

CARD TYPE    COUNT    AMOUNT
-----------------------------
VISA          23     $5403.25
MASTERCARD    18     $3203.65
-----------------------------
VI/MC TOTAL   41     $8606.90

AMERICAN EXPRES 12   $2592.05
DISCOVER       1       $92.40
-----------------------------

     TRANSACTION TOTALS

TRAN TYPE    COUNT    AMOUNT
-----------------------------
VOIDED TRANS   1
SALES         54     $9656.35
TIPS          46     $1635.00
TOTAL SALES   54    $11291.35
-----------------------------

TOTAL TRANSACTIONS        54
TOTAL AMOUNT        $11291.35

       SETTLED BATCH
```

### Receipt 2 (4/13/22)

```
PATSYS ITALIAN RESTAURANT
      236 W 56TH ST
    NEW YORK NY 10019
       212-247-3491

  4/13/22      10:06 PM
BATCH #: 252  TERM #: 2790
Terminal ID:   02603557

       SUMMARY REPORT

       CARD TOTALS   6399.95

CARD TYPE    COUNT    AMOUNT
-----------------------------
VISA          25     $4453.85
MASTERCARD    12     $1847.35
-----------------------------
VI/MC TOTAL   37     $6301.20

AMERICAN EXPRES 12   $8649.55
DISCOVER       1       $98.75
-----------------------------

     TRANSACTION TOTALS

TRAN TYPE    COUNT    AMOUNT
-----------------------------
SALES         50    $12607.10
TIPS          47     $2442.40
TOTAL SALES   50    $15049.50
-----------------------------

TOTAL TRANSACTIONS        50
TOTAL AMOUNT        $15049.50

       SETTLED BATCH
```

### Receipt 3 (4/12/22)

```
PATSYS ITALIAN RESTAURANT
      236 W 56TH ST
    NEW YORK NY 10019
       212-247-3491

  4/12/22      10:17 PM
BATCH #: 251  TERM #: 2790
Terminal ID:   02603557

       SUMMARY REPORT

       CARD TOTALS   $7607.07

CARD TYPE    COUNT    AMOUNT
-----------------------------
VISA          26     $3655.90
MASTERCARD    22     $3784.17
-----------------------------
VI/MC TOTAL   48     $7440.07

AMERICAN EXPRES 18   $2974.00
DISCOVER       1      $167.00
-----------------------------

     TRANSACTION TOTALS

TRAN TYPE    COUNT    AMOUNT
-----------------------------
VOIDED TRANS   2
SALES         67     $8975.43
TIPS          62     $1605.64
TOTAL SALES   67    $10581.07
-----------------------------

TOTAL TRANSACTIONS        67
TOTAL AMOUNT        $10581.07

       SETTLED BATCH
```

### Receipt 4 (4/15/22) — printed upside-down

```
PATSYS ITALIAN RESTAURANT
      236 W 56TH ST
    NEW YORK NY 10019
       212-247-3491

  4/15/22       9:58 PM
BATCH #: 254  TERM #: 2790
Terminal ID:   02603557

       SUMMARY REPORT

       CARD TOTALS   $7726.59

CARD TYPE    COUNT    AMOUNT
-----------------------------
VISA          34     $6231.04
MASTERCARD    10     $2042.55
-----------------------------
VI/MC TOTAL   44     $8273.59

AMERICAN EXPRES 7    $1362.70
DISCOVER       1       $63.00
-----------------------------

     TRANSACTION TOTALS

TRAN TYPE    COUNT    AMOUNT
-----------------------------
SALES         52     $8264.00
TIPS          46     $1435.29
TOTAL SALES   52     $9699.29
-----------------------------

TOTAL TRANSACTIONS        52
TOTAL AMOUNT         $9699.29

       SETTLED BATCH
```

### Receipt 5 (4/16/22) — printed upside-down

```
PATSYS ITALIAN RESTAURANT
      236 W 56TH ST
    NEW YORK NY 10019
       212-247-3491

  4/16/22      10:20 PM
BATCH #: 255  TERM #: 2790
Terminal ID:   02603557

       SUMMARY REPORT

       CARD TOTALS   17264.91

CARD TYPE    COUNT    AMOUNT
-----------------------------
VISA          44    $12450.01
MASTERCARD    17     $4418.70
-----------------------------
VI/MC TOTAL   61    $16868.71

AMERICAN EXPRES 14   $4918.62
DISCOVER       2      $496.20
-----------------------------

     TRANSACTION TOTALS

TRAN TYPE    COUNT    AMOUNT
-----------------------------
VOIDED TRANS   1
SALES         77    $18590.61
TIPS          72     $3692.92
TOTAL SALES   77    $22283.53
-----------------------------

TOTAL TRANSACTIONS        77
TOTAL AMOUNT        $22283.53

       SETTLED BATCH
```

### Receipt 6 (4/17/22) — printed upside-down

```
PATSYS ITALIAN RESTAURANT
      236 W 56TH ST
    NEW YORK NY 10019
       212-247-3491

  4/17/22      10:11 PM
BATCH #: 256  TERM #: 2790
Terminal ID:   02603557

       SUMMARY REPORT

       CARD TOTALS   13,515.02

CARD TYPE    COUNT    AMOUNT
-----------------------------
VISA          39     $8895.41
MASTERCARD    13     $9956.20
-----------------------------
VI/MC TOTAL   52    $12851.61

AMERICAN EXPRES 22   $4886.35
DISCOVER       2      $300.00
-----------------------------

     TRANSACTION TOTALS

TRAN TYPE    COUNT    AMOUNT
-----------------------------
SALES         76    $15334.56
TIPS          64     $2703.40
TOTAL SALES   76    $18037.96
-----------------------------

TOTAL TRANSACTIONS        76
TOTAL AMOUNT        $18037.96

       SETTLED BATCH
```