

Home > Payments

# Settle payments and manage tips

In this article

**Who is this article for?**

- Account owners or team members with the account and settings permission to configure checkout settings can enable and customize tipping.
- Account owners or team members with the transactions permission to settle all transactions awaiting tip can settle payments with tips.
- Set permissions in Square Dashboard.

## About payments and tips

Square makes it easy to accept tips digitally or with a signed receipt. You can customize how you collect tips and the options for your customers to give tips.

How To Set Up Tips, Signatures & Printers | Square Point of Sale Tutorial

## Before you begin

- You can settle signed open checks manually, or they will settle automatically after 36 hours. After 36 hours, all unsettled payments will be automatically settled with a $0 tip.
- You cannot adjust tips after payments are settled.
- You can't use sign and tip on printed receipts with contactless (NFC) payments.
- Sign and tip on printed receipts cannot be used to pre-authorize or verify funds on a payment card.
- If you're using Square to manage your team, team members can only settle payments they've processed by default, and tips will be attributed to the team member that processed the payment.
- Settled payments will appear in your next transfer based on your transfer schedule, and they'll also appear as completed in your sales history and transactions. Learn more about how to set up and edit transfer options.

## Enable tipping



You can set up and customize tipping preferences on your point of sale app.

1. From the navigation bar at the bottom of your screen, tap ☰ **More**.

2. Tap **Settings** > **Checkou**t > **Tipping**.

3. Toggle on **Collect Tips** and select between showing your tip options on the signature screen or on a separate screen.

4. Choose **Smart Tip Amounts** or **Set Percentage Amounts**. See Step 2 for detailed information.

5. Choose to **Allow Custom Amounts**. If **Allow Custom Amounts** is enabled and the preset amounts are all set to 0%, your point of sale app will hide these amounts and display only the **Custom Tip Amount** and **No Tip options.**

6. Choose to allow **round-up tipping**. See **Collect tips** below for detailed information.

7. Choose to display a **Separate Tipping Screen**.

   - If you choose to display a **Separate Tipping Screen**, your customers can select a tip after the payment has processed.

   - If you opt not to display a **Separate Tipping Screen**, tipping options will be shown on the signature screen.

## Customize tip settings

**Set Smart Tip Amounts**

**Set Percentage Amounts**

**Set tip calculation**

## Collect tips

To give your customers the option to add a tip to their total, enable tipping from the device profile assigned to the device in your Square Dashboard. Learn how to **Create and manage**

**modes**. To enable tipping on an existing device:

1. Sign in to your Square Dashboard and click **Settings** > **Device Management** > **Modes**.
2. Click the device profile assigned to a point of sale app you'd like to enable tipping on.
3. Click **Manage** under **Settings**.
4. Click **Tipping** and toggle on **Collect Tips**.
5. Set your tipping preferences:
   - When the **Smart tip amounts** setting is turned on, tipping works as follows: If a transaction is less than $10, the available tipping options are: No Tip, $1, $2 or $3. For a transaction $10 or more, the available tipping options are: No Tip, 15%, 20% or 25%.
   - When the **Set percentage amounts** setting is turned on, you can set three custom amounts (which you can adjust at any time.)
   - If round-up tipping is enabled, a tip amount will automatically be populated based on the total transaction size. If the total transaction is less than $20, the tip will round up the amount to the next $1. If the total transaction size is more than $20, the tip will round up the amount to the next $5.
   - Select how you'd like to Calculate tip: **After taxes** or **Before taxes**.
6. When you're all set, click **Save**.

To enable tipping on your device from the point of sale app, tap ☰ **More** > **Settings** > **Checkout** > **Tipping** > toggle ON **Collect Tips**.

## Enable sign and tip on receipts

After you've connected and configured your device to a compatible receipt printer, you can enable sign and tip from your point of sale app:

1. From the main navigation bar, tap ☰ **More**.
2. Tap **Settings** > **Checkout** > **Signature & Receipt**.
3. Toggle on **Collect Signature** > select **Sign on Printed Receipt**.
4. Choose the receipt format: **Traditional** or **Quick Tip** receipts.



- The **Traditional Receipt** has a tip, total and signature line, allowing your customers to leave a custom tip amount.
- With a **Quick Tip** receipt, customers choose from three tip options by simply checking a box.

5. To automatically print a customer copy of the authorization slip, toggle on **Print Additional Auth Slip**.
6. Go back to **Settings** > **Checkout** > **Tipping** > toggle on **Collect Tips**.
7. Select either **Smart Tip Amounts** or **Set Percentage Amounts**. You can also toggle on **Allow Custom Amounts** to let your customers write in a custom tip.

Signature & receipt settings are specific to the account they're associated with and not the device. So if you update the settings on one device, the updates will affect all other devices logged in to the same account.

## Settle payments with tips

All signed receipts must be settled within 36 hours. You can settle payments individually or in bulk from your point of sale app. There are two options for settling your payments:

- Add tips and settle transactions individually
- Bulk settle multiple transactions

### Individually

**Point of sale app**

### In bulk

**Point of sale app**

# View unsettled payments

You can view payments awaiting tips from reports in your Square Dashboard, but these payments can only be settled from the Square app. You can view payments awaiting settlement from your Transactions report or your Sales summary report.

**Transactions report**

**Sales summary report**

## Related articles

- Manage customer refunds
- Print customer receipts with Square
- Reopen a closed check
- Process split payments

**Was this article helpful?**   👍 Yes    👎 No    ✕

## Still need help?





### Contact us

Get help from our support team

### Ask the community

Get answers from Square sellers

---

### Sell with Square

Purchase hardware

Rent hardware

Switch to Square

Square pricing

More Square products

### Resources

Support Center

Square Community

System status

The Bottom Line by Square

Square YouTube

### Call us

Customer support: 1 (855) 700-6000

Sales: 1 (800) 470-1673

---

United States (English)

---

© 2025 Block, Inc.

Your Privacy Choices

Privacy Notice

Terms of Service

Licenses

