UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2025
```

KRESHNIK HOTI, *et al.*,

        Plaintiffs,

-v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

        Defendants.

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On July 2, 2025, Defendants filed their Memorandum of Law in Opposition to Plaintiffs' Motion for Conditional Certification, ECF No. 66 ("Defendants' Opposition"). Defendants' Opposition makes numerous references to the Affidavit of Joseph V. Scognamillo ("Joseph Sr. Aff."). *See, e.g.*, Defendants' Opposition at 5. The Court is unable to locate the Joseph Sr. Aff. on the docket. Defendants are directed to file the Joseph Sr. Aff. by **October 14, 2025.**

**SO ORDERED.**

Dated: October 6, 2025
       New York, New York

                                                    Henry J. Ricardo
                                                  United States Magistrate Judge