UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, et al.,

              Plaintiffs,

-v-

PATSY'S ITALIAN RESTAURANT, et al.,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2025
```

**ORDER**

24-CV-6991 (JGLC) (HJR)
24-CV-6999 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    In light of the passage of the October 31, 2025 close of fact discovery in Case No. 24-CV-6999, *see* ECF No. 34, and the upcoming November 14, 2025 deadline for fact discovery to close in Case No. 24-CV-6991, *see* ECF No. 86, the Parties are directed to file a joint status report on **December 4, 2025** providing an update on the status of discovery in both matters.

**SO ORDERED.**

Dated: November 7, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                  United States Magistrate Judge