UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
**KRESHNIK HOTI,** *et al.,*

        **Plaintiffs,**                    CASE NO. 24 CV 6991

        v.

**PATSY'S ITALIAN RESTAURANT,** *et al.*,

        **Defendants.**
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

## ~~PROPOSED~~ DISTRIBUTION ORDER ~~R~~
## CERTIFICATION OF COLLECTIVE ACTION

**WHEREAS**, on October 27, 2025, this Court conditionally certified a collective action under the FLSA consisting of all servers employed at Patsy's Italian Restaurant on or after September 17, 2021;

**WHEREAS**, this Court ordered Defendants to produce a collective list to Plaintiffs' counsel no later than November 10, 2025;

**WHEREAS,** the parties have met and conferred and have submitted a revised proposed Notice, and Revised proposed text notice to the Court;

**NOW**, this Court hereby orders as follows:

(A)    On or before November 21, 2025, Plaintiffs' counsel shall cause copies of the Revised Notice, with stamped return envelopes addressed to Plaintiffs' Counsel, to be mailed to all FLSA Collective members via USPS First Class Mail and to be emailed to all FLSA Collective members for whom Defendants have provided an e-mail address. Plaintiffs, alone, shall bear any and all costs associated with the mailing of the Notice, and return of the Consent.

(B)    On or before November 21, 2025, Plaintiffs' counsel shall send, via text message, the Revised Notice to all FLSA Collective members for whom Defendants have provided a phone number. Embedded within the Notice to be transmitted will be a hyperlink, which, when clicked by the recipient, will direct him/her/them to the Revised Notice and the Consent Form.

(C)    Within two (2) business days of Plaintiffs' counsel dispatch of the Notices pursuant to this stipulation, Plaintiffs' counsel shall furnish Defendants' counsel with written confirmation of same.

(D)    Members of the FLSA Collective shall be required to submit properly completed Consents to Plaintiffs' counsel within sixty (60) days of the date on which the Notices are disseminated (i.e., January 20, 2026). Absent Court approval, no Member of the FLSA Collective shall be permitted to opt in to the FLSA portion of this law unless he or she submits a signed Consent to Plaintiff's counsel within sixty (60) days of the date on which the Notices are disseminated.

(E)    Plaintiffs' counsel shall file on the docket any Consents timely received by them during the 60-day period within 24 hours of receiving such Consents.

(F)    The parties shall discuss, in good faith, and within five (5) business days of the close of the 60-day opt-in period to which the Parties have stipulated herein, the scope of written and deposition discovery to be sought and obtained from the members of the FLSA Collective that timely and successfully opt in to the collective action hereby conditionally certified;

Dated: New York, New York

November 10, 2025

IT IS SO ORDERED.

_____
Honorable Henry J. Ricardo, U.S.M.J.