UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/5/2025__

KRESHNIK HOTI, *et al.*,

                Plaintiffs,

       -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

                Defendants.

**ORDER**

24-CV-6991 (JGLC) (HJR)
24-CV-6999 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 4, 2025 joint status letter, ECF No. 91 (the "Status Letter"), and addresses the Parties' updates below.

**I.    WAGE AND HOUR ACTION – CASE NO. 24-CV-6991**

The request to extend the discovery period for the current opt-in plaintiffs to **January 20, 2026** is **GRANTED.**  The Parties are directed to file a further joint status letter by **February 5, 2026**.

**II.    DISCRIMINATION ACTION – CASE NO. 24-CV-6999**

The Parties indicated that, as of the filing of the Status Letter, discovery has been completed and no further discovery will take place in relation to this matter. Pursuant to the Case Management Plan, ECF No. 21 § 10, summary judgment motions must be filed within 30 days of the close of fact discovery.  The Court will construe the close of discovery as December 4, 2025, the date of the Status Letter. Therefore, any summary judgment motions must be filed by **January 5, 2026.**

**SO ORDERED.**

Dated: December 5, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge