

# FRANKLIN, GRINGER & COHEN, P.C.

| Glenn J. Franklin | ATTORNEYS AT LAW | Ken Sutak |
|---|---|---|
| Martin Gringer | | of counsel |
| Steven Elliot Cohen | 666 OLD COUNTRY ROAD, SUITE 202 | |
| Michael S. Mosscrop | GARDEN CITY, NEW YORK 11530-2013 | |
| Jasmine Y. Patel* | TELEPHONE (516) 228-3131.  FAX (516) 228-3136 | |
| Danielle Mietus | | |
| *ADMITTED TO NY AND NJ | | |

January 14, 2026

*Via ECF*
Honorable Jessica G.L. Clarke, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Hoti et al. v. Patsy's Italian Restaurant Inc., et al.* 24-cv-06991
              *Hoti et al. v. Patsy's Italian Restaurant Inc., et al.* 24-cv-06999

Dear Judge Clarke:

    We represent Defendants in the above referenced matters.  Together with Plaintiffs, we jointly seek leave to move by stipulation (to be So Ordered) to consolidate the trials in the two actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

    Plaintiffs Kreshnik Hoti and Desiart Ymerga are Plaintiffs in both action – (1) one alleging employment discrimination against Patsy's Italian Restaurant Inc. ("Patsy's") and Sal Scognamillo and (2) the second alleging wage and hour claims as tipped employees against Patsy's, Mr. Scognamillo, Lisa Scognamillo and Joseph Scognamillo.  Discovery has concluded in the discrimination matter.  The parties have consented to the addition of one other former employee to the wage & hour action – alleging similar substantive violations as the Plaintiffs.[1]

    In both actions, the material facts substantially overlap – namely the employment practices of all Defendants and Plaintiffs' employment history.  Plaintiffs allege that discriminatory conduct affected their schedule, working hours, and tip-affected duties. Defendants deny those allegations.

    Consolidation would promote efficiency and preserve judicial resources.  Judge Ricardo managed both actions together in pretrial proceedings.  Limited discovery remains in the wage and hour action. The parties request that should the cases be consolidated, that they proceed on the schedule for the wage and hour action.

    For the reasons set forth above, we respectfully request that the Court grant leave to file a stipulation to consolidate the two above referenced matters.  We thank you for your attention.

---

[1] The parties intend to seek leave from Judge Ricardo to submit a stipulation allowing Plaintiffs to amend the complaint, accordingly.

Very truly yours,

**FRANKLIN, GRINGER & COHEN, P.C.**

*Michael D. Yim*

---

Michael D. Yim, Esq.

**Cc.**
The Honorable Henry J. Ricardo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Court grants the parties leave to file a stipulation to consolidate the the cases numbered 24-CV-6991 and 24-CV-6999.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE, United States District Judge
Dated: January 15, 2026
         White Plains, New York