JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

January 23, 2026

**VIA ECF**

Honorable Henry J. Ricardo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>       **Re:    Hoti, et al. v. Patsy's Italian Restaurant Inc., et al, Case Nos. 24-cv-6991, 24-
>       cv-6999 – Joint Letter Request for Extension of Deadline to File JPTO and
>       Other Pre-Trial Filings**

Dear Judge Ricardo:

   We represent the Plaintiffs in the above captioned actions and write, with the consent of Defendants[1], to request an extension to the current deadline to submit the Parties' Joint Pre-Trial Order ("JPTO") and other related pre-trial filings. This is the second request for an adjournment of this deadline. On January 15, 2026, because Judge Clarke had granted the parties request to consolidate the cases for trial, the parties jointly requested that the JPTO filing deadline in Case No. 24-cv-6999 be set to the same JPTO filing deadline in Case No. 24-cv-6991. (Dkt. No. 40). The Court granted this request. (Dkt. No. 41).

Pursuant to this Court's January 21, 2026 Order, the JPTO and other related pre-trial filings are currently due February 19, 2026. (Dkt. No. 95) (Dkt. No. 42). Planintiff now seek a 30-day extension of this deadline and request that that Court order the JPTO and other related filings to be due by March 23, 2026. Plaintiffs request this extension in order to accommodate counsel's litigation schedule, to give the parties adequate time to exchange and potential come to agreement on various pre-trial documents such as fact stipulations and exhibit/witness lists, and to allow the parties time to draft anticipated motions in limine and pre-trial briefs, as contemplated by Judge Clarke's Individual Rules.

---

[1] While Defendants consent to Plaintiffs' request for an extension of the JPTO deadline, Defendants have raised an issue with Plaintiffs regarding outstanding third-party discovery. Defendants intend to submit a request to the Court to seek third-party discovery, which Plaintiffs intend to oppose. Defendants take the position that their consent to Plaintiffs' extension request should not be deemd a waiver of their right to request relief from the Court regarding outstanding third-party discovery.

1

We thank the Court for its careful consideration of this matter.

Respectfully submitted,

JOSEPH & KIRSCHENBAUM, LLP

/s/ Michael DiGiulio
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006

*Attorneys for Plaintiffs*

2