USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

          Plaintiffs,

    -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

          Defendants.

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 98 (the "Letter Motion"), seeking leave to obtain the deposition of a withdrawn Opt-In Plaintiff, and Plaintiffs' opposition letter, ECF No. 99 (the "Opposition"). The undersigned will hold a conference via telephone on **February 13, 2026 at 10:00 a.m.** to address the Letter Motion and Opposition. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 587 080 988#).

**SO ORDERED.**

Dated: January 27, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1