UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Index No.: 1:24-cv-06999(JGLC)
KRESHNIK HOTI and DESIART YMERAGA,

                                  Plaintiffs,

    -against-

PATSY'S ITALIAN RESTAURANT INC., d/b/a
PATSY'S ITALIAN RESTAURANT, and SAL
SCOGNAMILLO,

                                  Defendants.
-------------------------------------------------------------------X   Index No.: 1:24-cv-06991(JGLC)
KRESHNIK HOTI and DESIART YMERAGA, on
Behalf of themselves and others similarly situated,

                                  Plaintiffs,

    -against-

PATSY'S ITALIAN RESTAURANT INC., d/b/a
PATSY'S ITALIAN RESTAURANT, SAL
SCOGNAMILLO, JOSEPH SCOGNAMILLO, LISA
SCOGNAMILLO,

                                  Defendants.
-------------------------------------------------------------------X

## STIPULATION AND ORDER CONSOLIDATING TRIALS

    **WHEREFORE**, the above referenced actions involve overlapping parties and common material facts;

    **WHEREFORE**, a consolidated trial shall serve the best interest of justice, preserve judicial resources and promote efficiency resolution of both actions;

    **IT IS HEREBY STIPULATED** by and between the undersigned counsel for the parties to the above-entitled actions **AND ORDERED** that the trials for the matters bearing the index

numbers 24-cv-06991 and 24-cv-06990 shall be consolidated into a single trial pursuant to Rule 42(a)(1) of Federal Rules of Civil Procedure.

A copy of this Stipulation shall be deemed valid as the original.

| | |
|---|---|
| Dated: New York, New York<br>January 28, 2026 | Dated: Garden City, New York<br>January 28, 2026 |
| *Michael DiGiulio*<br>Michael DiGiulio, Esq.<br>**JOSEPH & KIRSCHENBAUM LLP**<br>*Attorneys for Plaintiffs*<br>32 Broadway, Suite 601<br>New York, New York 10004<br>(212) 688-5640<br>Mike@jk-llp.com | *Michael Yim*<br>Michael D. Yim, Esq.<br>**FRANKLIN, GRINGER & COHEN, P.C.**<br>*Attorneys for Defendants*<br>666 Old Country Road, Suite 202<br>Garden City, New York 11530<br>(516) 228-3131<br>myim@franklingringer.com |

**So Ordered**

*Jessica Clarke*
Hon. Jessica G.L. Clarke, U.S.D.J.
Dated: January 30, 2026
　　　　White Plains, New York

The Clerk of the Court is directed to consolidate 24-CV-6991 and 24-CV-6999 under the case, Docket No. 24-CV-6991, and to close 24-CV-6999. All future filings shall be on the 24-CV-6991 docket. All deadlines currently in force in 24-CV-6999, shall likewise apply to 24-CV-6991.