UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

               Plaintiffs,

    -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

             Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/6/2026

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' February 5, 2026 joint status letter.

ECF No. 103. The Parties shall file a further joint status letter by **April 7, 2026.**

**SO ORDERED.**

Dated: February 6, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1