UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

                    Plaintiffs,

          -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2026

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on February 13, 2026 to address Defendants' January 23, 2026 letter motion, ECF No. 98 ("Defendants' Letter Motion"), and Plaintiffs' February 6, 2026 letter motion, ECF No. 105 ("Plaintiffs' Letter Motion," collectively, the "Letter Motions"). For the reasons articulated in the conference transcript, Defendants' Letter Motion is **DENIED** and Plaintiffs' Letter Motion is **GRANTED**. Plaintiffs are directed to serve Heartland Payment Systems with a deposition subpoena by **February 19, 2026.**

The Clerk of Court is respectfully directed to terminate the Letter Motions at ECF Nos. 98 and 105.

**SO ORDERED.**

Dated: February 13, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge