# FRANKLIN, GRINGER & COHEN, P.C.

| | | |
|---|---|---|
| Glenn J. Franklin | ATTORNEYS AT LAW | Ken Sutak |
| Martin Gringer | | *of counsel* |
| Steven Elliot Cohen | 666 OLD COUNTRY ROAD, SUITE 202 | |
| Michael S. Mosscrop | GARDEN CITY, NEW YORK 11530-2013 | |
| Jasmine Y. Patel* | TELEPHONE (516) 228-3131.  FAX (516) 228-3136 | |
| Danielle Mietus | | |
| *ADMITTED TO NY AND NJ | | |

February 19, 2026

*Via ECF*
The Honorable Henry J. Ricardo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Hoti et al. v. Patsy's Italian Restaurant, et al.* 24 Civ. 6991 (JGLC)(HJR)

Dear Judge Ricardo:

      This firm represents Defendants Patsy's Italian Restaurant, Sal Scognamillo, Joseph Scognamillo and Lisa Scognamillo (together the "Defendants") in the above referenced matters. The Defendants, together with Plaintiffs, respectfully request an extension of time to submit their Joint Pretrial Order and other pretrial materials from March 23, 2026 to April 30, 2026.

      The reason for this request is that 1) Defendants will be on trial for the first half of March 2026 and 2) Plaintiffs were granted leave to subpoena a third-party witness for depositions. The parties met and conferred on February 19, 2026 and determined that additional time would be necessary to prepare and submit pretrial documents. Plaintiffs' counsel's office will also be closed for the holidays during the first two weeks of April.

      We thank the Court for its attention to this matter and respectfully request that the extension to file the Joint Pretrial Order and related documents be granted.

      Respectfully submitted,

      **FRANKLIN, GRINGER & COHEN, P.C.**

      __/s/_____
      Michael D. Yim

Cc:    All Counsel of Record (*via* ECF)