UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026

KRESHNIK HOTI, *et al.*,

        Plaintiffs,

    -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

        Defendants.

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter motion, ECF No. 110 (the "Letter Motion"), requesting to extend the deadline to file their joint pretrial order and other pretrial materials. The Letter Motion is **GRANTED**, and the parties shall file the joint pretrial order and other pretrial materials by **April 30, 2026.**

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF 110 as **GRANTED**.

**SO ORDERED.**

Dated: February 20, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge