UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

                     Plaintiffs,

          -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __4/8/2026__

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter, ECF No. 48 (the "Status Letter") filed on the docket of Case No. 24-CV-6999, requesting to extend the deadline to file their joint pretrial order and other pretrial materials. The parties are reminded that all filings in this action should be made on the docket for Case No. 24-CV-6991, as Case No. 24-CV-6999 is closed. The parties are also reminded that all extension requests should be filed as letter-motions pursuant to Rule II(A) of the undersigned's Individual Rules.

The relief requested in the Status Letter is **GRANTED**, and the parties shall file the joint pretrial order and other pretrial materials by **May 14, 2026.**

**SO ORDERED.**

Dated: April 8, 2026
     New York, New York

                                  Henry J. Ricardo
                                  United States Magistrate Judge