UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

                Plaintiffs,

     -v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/13/2026_

**ORDER**

24-CV-6991 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' letter motion, ECF No. 114 (the "Letter Motion"), requesting to extend the deadline to file their joint pretrial order and other pretrial materials. The Letter Motion is **GRANTED**, and the parties shall file the joint pretrial order and other pretrial materials by **May 29, 2026**.

    The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 114 as **GRANTED**.

**SO ORDERED.**

Dated: May 13, 2026
      New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge