UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRESHNIK HOTI, *et al.*,

Plaintiffs,

-v-

PATSY'S ITALIAN RESTAURANT, *et al.*,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/4/2026

**ORDER**

24-CV-6991 (JGLC) (HJR)
24-CV-6999 (JGLC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion filed in Case No. 24-CV-6999, ECF No. 58 (the "Letter Motion"), requesting an extension of the deadline to file its opposition to Plaintiffs' motion in limine. The Letter Motion is **GRANTED**, and Defendants shall file the opposition by **July 1, 2026**.

Additionally, in light of the parties' submission of pretrial materials, the letter motion filed in Case No. 24-CV-6999 at ECF No. 50 requesting an extension of time to file pretrial materials is **DENIED AS MOOT**.

The parties are reminded that all future filings should be made in Case No. 24-CV-6991.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 58 as **GRANTED**, and the motion at ECF No. 50 as **DENIED AS MOOT**.

1

**SO ORDERED.**

Dated: June 4, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2