**MEMO ENDORSEMENT**

# YIM LAW PLLC

670 West Broadway • Long Beach, New York 11561
917-933-1064 • myim@myimlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2026__

July 1, 2026

**VIA ECF**
Honorable Jessica G.L. Clarke, U.S.D.J.
The United States District Court for the
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    *Hoti, et al. v. Patsy's Italian Restaurant Inc.*, et al., 24 Civ. 6991 (JGLC)
       Motion for Extension of Time to File Opposition to Plaintiff's Motion in Limine

Dear District Judge Clarke:

As of today, July 1, 2026, we represent Defendants in the above referenced action. The undersigned has moved his practice to Yim Law PLLC with the Defendants' matter transferred to his new law firm. We have submitted a change of address and firm on June 29, 2026 via pacer. Due to certain transitional issues – primarily technical, we are unable to submit our opposition to Plaintiffs' motion in limine by today's deadline. We respectfully request one additional day to file our opposition to July 2, 2026.

Plaintiffs' counsel does not oppose the application. The limited extension is to account for technical issues that have made submitting our opposition temporarily difficult. We thank you for your attention to this matter.

The letter motion is **GRANTED**. Defendants shall file their opposition brief by **July 2, 2026**. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 124.

**SO ORDERED.**

Very truly yours,

*Michael D. Yim*

Michael D. Yim

Dated: July 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge

Cc: counsel for Plaintiffs (ECF)

YIM LAW PLLC • 670 West Broadway • Long Beach, New York 11561